AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**EDGAR JOHN DAWSON, JR.**<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     6:20-mj-1369<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 27, 2019__ in the county of __Brevard__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rodney Hyre, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d)

Date: May 7, 2020

_____
*Judge's signature*

City and state: Orlando, Florida

DANIEL C. IRICK, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                        CASE NO. 6:20-mj- **1369**

COUNTY OF ORANGE

## AFFIDAVIT

I, Rodney Hyre, being duly sworn, do hereby depose and state as follows:

1. I am a Special Agent (SA) in my nineteeth year of employment with the Federal Bureau of Investigation (FBI). I am currently assigned to the FBI Crimes Against Children/Innocent Images Unit, Tampa Division.

2. I have received specialized training in the investigation of sex crimes, child exploitation, child pornography and computer crimes. Specifically, I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for producing, receiving, distributing, transmitting, and storing child pornography. I have participated in investigations of persons suspected of violating federal child pornography laws, in violation of 18 U.S.C. §§ 2251(a) and (e), and 2252A. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint against Edgar John Dawson, Jr. for a violation of 18 U.S.C. §§ 2252A(a)(2). I believe there is probable cause that on or about September 27, 2019, Dawson knowingly distributed child pornography using a means and facility of interstate commerce, that is, the Internet.

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and my review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly distribute any child pornography using any means or facility of interstate commerce.

## DEFINITIONS

6. The following definitions apply to this Affidavit:

    a. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(2).

b. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

## DETAILS OF THE INVESTIGATION

**Washington D.C. Investigation (May 2020)**

7. On May 4, 2020, at approximately 4:00 p.m.,[1] a Metropolitan Police Department detective (the "MPD-FBI UC") in Washington D.C. was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force.

8. In that capacity, the MPD-FBI UC entered a private KIK group that he had already been a member of for several weeks. He is also an administrator for the group. This group is known to the MPD-FBI UC as a place where people meet, discuss, and trade original images and videos of underage children (some, but not all, of which are pornographic) and links containing child pornography, among other things.

9. While observing users in the group on May 4, 2020, the MPD-FBI UC observed a user whose KIK user name was "mywife73" enter the room. That user's

---

[1] All times in Eastern Standard Time unless otherwise noted.

display name was "Richard Lutz," and the user was later identified as Edgar John Dawson, Jr.

10. This particular KIK group contains a notice to members that they must provide a picture of their daughter for entry into the room. Upon entering the room, Dawson sent the MPD-FBI UC a live camera image to the MPD-FBI UC's private KIK account. The image depicted what appeared to be a clothed, prepubescent girl, lying on a floor. The child was wearing blue shorts and a red-and-white shirt.

11. The MPD-FBI UC requested that Dawson hold up four fingers near the child in an attempt to ascertain if he had immediate access to the child. Dawson sent the MPD-FBI UC an image of himself holding up four fingers in front of the girl. In the second image, the child was standing in what appeared to be a kitchen. The child was wearing the same clothing described above. The child's face was visible and she had long, blondish/brown hair. A wedding ring was visible on Dawson's ring finger.

12. Dawson and the MPD-FBI UC began to chat after Dawson sent these two pictures. During the course of their chat, the MPD-FBI UC informed Dawson that he was the father of an eight-year-old daughter. Dawson informed the MPD-FBI UC that he was a 41-year-old male residing in the United States with a 12-year-old daughter.

13. During their chat, Dawson sent the MPD-FBI UC another live camera image of the child. This time she was sitting on a bed, wearing the same clothes as described above.

14. The MPD-FBI UC asked Dawson, "[W]hat all u get to do." Dawson replied, "Cum on her when she is sleeping. But sometimes I cum on her from behind." Dawson further stated, "I jerked off on the top of head this weekend while she was eating lunch. She never even noticed. . . . Ill do it again for you soon." Dawson later added, "I love cumming in her hair."

15. During his chat with the MPD-FBI UC, Dawson sent additional images of his purported daughter (in which she was clothed). One of those images showed Dawson placing his hand on the child's left shoulder. A tattoo could be seen on Dawson's forearm. Dawson stated, "I was about to cum on her but mom came home."

16. At approximately 9:13 p.m., Dawson sent the MPD-FBI UC a video depicting the same child sitting at a table. The child appeared to be coloring with pencils. An adult male could be heard in the video complementing her work. The adult male was standing close behind the child, with his penis out. He was masturbating his penis with his hand near the child's head and touching her hair with his penis.

17. The adult male's face was not visible, but your affiant believes that the male is Dawson because after sending the video, Dawson stated, "I love cumming in her hair." Dawson also told the MPD-FBI UC, in reference to the child, "I get her naked sometimes." The MPD-FBI UC responded, "Nice!!! I've pulled her panties to the side" (referencing his own notional daughter). Dawson responded, "Fuck yes I would love to see sometime." In reference to those pictures, Dawson later

5

commented that he did not currently have any, but he claimed, "I can get some new stuff." Dawson also added, "[G]ot a pair of her panties to jerk off with."

18. On May 5, 2020, at approximately 9:32 a.m., Dawson sent the MPD-FBI UC three images of his purported daughter, in her bathing suit on a boat. The child appears to be the same individual depicted in the videos that Dawson sent to the MPD-FBI UC on May 4, 2020. The MPD-FBI UC replied to Dawson, "What are u up to today." Dawson responded, "At work right now but when I get home Ill be taking more live pics of my daughter."

**Jacksonville, Florida Investigation  (March 2020)**

19. On or about March 9, 2020, a Special Agent of the FBI in Jacksonville, Florida, acting in an undercover capacity ("Jacksonville FBI UC") detected "Richard Lutz" (i.e. Dawson) in a different KIK chat room known to law enforcement as a place where persons interested in the sexual exploitation of children congregate.

20. Dawson provided the Jacksonville FBI UC with numerous images of what appears to be the same child depicted in the images he provided to the MPD-FBI UC. These included images of Dawson masturbating in the presence of the child, as well an image of Dawson ejaculating into what appears to be a child's pair of panties.

21. In March 2020, FBI Jacksonville sent an administrative subpoena to KIK c/o MediaLab, requesting subscriber information and IP logs associated with the display name "Richard Lutz."

22. KIK provided the following subscriber information in response:

6

      a.      Display name: "Richard Lutz"

      b.      Username: "mywife73"

      c.      Unconfirmed email address: ninjaflips73@gmail.com

      d.      Device used to access KIK: LGE Android LM-Q710

      e.      IP logs: for various dates between February 12, 2020, to March 12, 2020

23.    Examination of the IP logs showed that the user associated with the KIK display name "Richard Lutz" had accessed the account using a combination of Charter Communications, AT&T U-Verse, and T-Mobile Wireless IP addresses.

24.    The KIK IP logs showed that the "Richard Lutz" KIK account had been accessed through IP address 68.204.198.157 on February 23, 2020, at 23:53:07 UTC. It had also been accessed through IP address 184.91.130.201 on March 12, 2020, at 20:11:46 UTC. Charter Communications is the Internet Service Provider for both IP addresses.

25.    FBI Jacksonville sent an administrative subpoena to Charter Communications, requesting subscriber identification and physical service address information associated with IP address 68.204.198.157 on February 23, 2020, at 23:53:07 UTC, and IP address 184.91.130.201 on March 12, 2020 at 20:11:46 UTC.

26.    Charter's subpoena response identified the subscriber of both IP addresses as C.V. at XXXX Canella Road, Cocoa, Florida, 32927. Dawson was identified as someone who resides there.

27. A social media profile (www.facebook.com/100011319937096) was identified as belonging to Dawson. Publicly available photographs on this profile depicted an individual who visually matched Dawson's Florida driver's license photograph.

28. Dawson's Facebook account also included pictures of a child who appears to be the same individual depicted in the images that Dawson sent to the Jacksonville FBI UC and the MPD-FBI UC.

29. Facebook photos of Dawson show a tattoo on his left forearm. The tattoo appears to be the same tattoo seen in the photo that Dawson sent to the MPD-FBI UC.

**Cybertip (October 2019)**

30. Your affiant has also learned that the Cocoa Police Department received Cybertip Report 5689860 from Discord (an online communications application for the gaming community) on October 29, 2019. Specifically, Discord reported that it detected that someone using email address edawson959@gmail.com and Discord Screen user name "pokeballs73#133" uploaded four images of child pornography on September 27, 2019.

8

31. The following describes each of the four images[2]:

    a. Image 1 – This depicts an approximately 12-year-old female child. The child is naked on a bed, with her legs open and holding her feet. Her face and vaginal and anal area are visible.

    b. Image 2 – This depicts the same child, shown with her arms above her head and her eyes closed. Her legs are open and her vagina and anus are visible.

    c. Image 3 – This depicts a naked female child who is approximately nine to eleven years old. She is sitting on a beach towel with her legs spread open, revealing her vagina.

    d. Image 4 – This depicts a female child who is approximately 12 years old. Her vagina is visible. She has black heels on and is leaning backwards to show her vaginal area.

32. To upload those images of child pornography, the subject used IP address 68.204.198.157.

33. On October 29, 2019, a subpoena was sent to Charter Communications for subscriber information for the aforementioned IP address.

34. According to Charter's response, the subscriber for IP address 68.204.198.157, on September 27, 2019, between 8:22 p.m. GMT and 8:26 p.m., was C.V., at XXXX Canella Rd., Cocoa, Florida 32927.

---

[2] These do not appear to depict the individual in the videos that Dawson sent to the MPD-FBI UC.

**First Interview of Defendant**

35. Based on the foregoing information, the FBI obtained a search warrant to search XXXX Canella Road, Cocoa, Florida, 32927, on May 6, 2020. On May 7, 2020, FBI agents executed that search warrant.

36. At the residence, Dawson answered the door. Shortly thereafter, he identified himself and agreed to be interviewed. During that initial interview, Dawson confirmed that the router for his residence at XXXX Canella Road, Cocoa, Florida, 32927 is password-protected.

37. Dawson also explained that he uses the Internet for social media, including Facebook and Instagram. He denied having a KIK account. When interviewing agents pressed him further about KIK, Dawson invoked his right to an attorney. All further questioning ceased at that time.

**Interview of C.D.**

38. Interviewing agents then proceeded to interview C.D., who is married to Dawson (and is the same person as C.V., referenced above).

39. Interviewing agents showed C.D. some of the images and videos that Dawson sent to the Jacksonville FBI UC, including images and videos of Dawson masturbating in the presence of a child (CV).

40. C.D. confirmed that Dawson is the adult male who was masturbating in the images and videos.

41. C.D. also identified CV and confirmed that she is 11 years old.

42. In addition, based on the background in the images and videos, C.D. confirmed that the images and videos were produced at XXXX Canella Road, Cocoa, Florida, 32927, in the Middle District of Florida.

43. C.D. also stated that on May 4, 2020, she left for work at approximately 4:00 p.m. At that time, Dawson and CV were the only people left at home. This coincides with the timing of the activity referenced in paragraphs 7 through 17.

**Second Interview of Dawson**

44. While C.D. was being interviewed, Dawson was outside his residence, on the driveway. He was not physically restrained, and he remained free to leave the entire time (but he did not leave).

45. Approximately one hour after Dawson invoked his right to an attorney, FBI Special Agent (SA) Kaufman stepped out of the residence and informed Dawson that Child Protective Services were en route to the house and would seek to interview CV. SA Kaufman also advised that after completing the pending interview with C.D. and conferring with the United States Attorney's Office, Dawson may be arrested. SA Kaufman did not ask Dawson any questions.

46. At that point, in the presence of SA Kaufman, FBI SA Matthew Pagliarini, and FBI SA Sean Andersen, Dawson spontaneously expressed a desire to speak with law enforcement again because he wanted to get it over with.

11

47. SA Kaufman informed me that Dawson wanted to speak with law enforcement, and Dawson followed the agents to SA Kaufman's agency-issued minivan.

48. At that time, Dawson was advised once again that he was free to leave. He was also advised of his Miranda rights, which he agreed to waive.

49. During the recorded interview, Dawson admitted that in approximately September 2019, he received and distributed child pornography on Discord. Specifically, the four images referenced above in paragraph 31 were shown to Dawson, and he confirmed that those were the images that he received and distributed. He also stated that his username had the word "pokeballs" in it.

50. Dawson also admitted that he used the user name "mywife73" and the display name "Richard Lutz" on KIK. He said he joined KIK groups that centered around incest and discussions and exchange of child pornography. He confirmed that in order to join some of these groups, he had to provide "validation" in the form of an image of his own daughter. Dawson acknowledged that he took and sent images and videos of CV in order to gain entry into such groups.

51. Dawson was shown the two videos that he had sent to the Jacksonville FBI UC, which depict an adult male masturbating in the presence of a child. Dawson identified himself and CV as the two individuals in the videos.

52. Dawson also admitted that the image of an adult male ejaculating into what appears to be a child's pair of panties depicted him with CV's underwear.

53. He admitted that he engaged in all of the aforementioned activity in the Middle District of Florida.

**Forensic Review of Defendant's Devices**

54. During execution of the search warrant, law enforcement officers seized a phone, which C.D. identified as belonging to Dawson.

55. An initial forensic preview was done on the cell phone. Although KIK was not installed on the cell phone, there were indications that KIK had previously been installed on the cell phone. The SD card in the cell phone also contained evidence that KIK had been used on the phone.

# CONCLUSION

56. Based on the above, there is probable cause that on or about September 27, 2019, in Brevard County, Florida, in the Middle District of Florida, Edgar John Dawson, Jr., knowingly distributed child pornography using a means and facility of interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

Rodney J. Hyre
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate by telephone consistent with
Fed. R. Crim. P. 4.1 and 4(d) before me
this May 7, 2020

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

14