# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:20-cr-77-Orl-78GJK

**EDGAR JOHN DAWSON, JR.**

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Emily C. L. Chang |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | | |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | COUNSEL FOR DEFENDANT: | Ali Kamalzadeh |
| SCHEDULED DATE/TIME: | October 13, 2020 09:30 AM | INTERPRETER: | N/A |

## MINUTES – Status Conference

Case called; appearances taken.

Defense counsel stated they are ready for trial but are waiting on the expert information for a temporary insanity defense because of a cocktail of drugs prescribed to Mr. Dawson. The report is not available yet to disclose to the Government.

The Government objects as they have not received a Rule 12.2 notice and would need time to obtain their own expert.

The Court stated this case will remain set for trial starting on November 16, 2020.

Court adjourned.

Time in court: 10:08am – 10:17am = 9 minutes