UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-77-Orl-78GJK

EDGAR JOHN DAWSON, JR.

### GOVERNMENT'S WITNESS LIST

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Sean Li
2. Robert Schwinger
3. Rodney Hyre
4. Timothy Palchak
5. Alexis Brignoni

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   */s/ Emily C. L. Chang*
      EMILY C. L. CHANG
      Assistant United States Attorney
      USA No. 166
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:      emily.chang@usdoj.gov

**U.S. v. EDGAR JOHN DAWSON, JR.**     Case No. 6:20-cr-77-Orl-78GJK

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ali Kamalzadeh
Assistant Federal Defender

/s/ *Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida   32801
Telephone:   407-648-7500
Facsimile:   407-648-7643
E-mail:   emily.chang@usdoj.gov