UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No: 6:20-cr-77-Orl-78GJK

EDGAR JOHN DAWSON, JR.,

    Defendant.
_____/

**DEFENDANT'S WITNESS LIST**

The Defendant, Edgar John Dawson, Jr., intends to call the following persons as witnesses in the trial of the above-styled cause:

1. Edgar John Dawson, Jr.

2. Richard D. Connor, Jr.

3. Any and all Government witnesses.

*United States of America v. Edgar John Dawson, Jr.*
Case No: 6:20-cr-77-Orl-78GJK

Respectfully submitted this 2nd day of November 2020.

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

*/s/ Ali Kamalzadeh*
Ali Kamalzadeh
Assistant Federal Defender
Florida Bar No. 0115995
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone:   407-648-6338
Facsimile:    407-648-6095
E-Mail: Ali_Kamalzadeh@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed a copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Emily C. L. Chang, Assistant United States Attorney, this 2nd day of November 2020.

*/s/ Ali Kamalzadeh*
Attorney for Defendant

2