UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:20-cr-77-Orl-78GJK

EDGAR JOHN DAWSON, JR.

## DEFENDANT'S EXHIBITS TO
## STIPULATION OF THE PARTIES FOR BENCH TRIAL

On November 6, 2020, a Stipulation of the Parties for Bench Trial was executed by both parties and filed in this case. Doc. 59. Attached are Defense Exhibits 1A, 2A, 3A, and 4, so the Court can review them in advance.

The remaining Defense Exhibits, two audio recordings of an interview with Mr. Dawson (Exhibits 1 and 2), and a forensic video interview of the 11-year-old (Exhibit 3), will be admitted at trial.[1]

Respectfully submitted by,

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

*/s/ Ali Kamalzadeh*
Ali Kamalzadeh
Assistant Federal Defender
Florida Bar No. 0115995
201 S. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone:   (407) 648-6338
Facsimile:    (407) 648-6095
Email: Ali_Kamalzadeh@fd.org
Counsel for Defendant

---

[1]     Copies of the audio and video recordings have been provided to the Court.

UNITED STATES OF AMERICA v. EDGAR JOHN DAWSON, JR.
CASE NO. 6:20-cr-77-Orl-78GJK

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to Assistant United States Attorney AUSA Emily C. L. Chang.

*/s/ Ali Kamalzadeh*
Ali Kamalzadeh
Counsel for Edgar John Dawson, Jr.