UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,   Case No. 6:20-cr-77-Orl-78GJK

  Plaintiff, ☐
  Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

EDGAR JOHN DAWSON, JR.

  Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1A | 11/17/2020 | 11/17/2020 | | Screenshots from Daugh Fun Time chats (Bates 0117-0122, 0126-0138) |
| 1B | 11/17/2020 | 11/17/2020 | | Attachments from Richard Lutz on Daugh Fun Time chats (disk) (UNDER SEAL) |
| 2B | 11/17/2020 | 11/17/2020 | | Images and videos sent from mywife73 to dcjohn1997 (disk) (UNDER SEAL) |
| 2C | 11/17/2020 | 11/17/2020 | | Summary of chats and images in GX 1A and 1B |
| 4B | 11/17/2020 | 11/17/2020 | | Disk of Discord records (images) (UNDER SEAL) |
| 4C | 11/17/2020 | 11/17/2020 | | Summary of Discord chats (Bates 0475-0477) |
| 7A | | | | Audio recording of interview (Disk) |
| 7B | | | | Transcript of audio recording in GX 7A (Bates 0376-0412) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 8 | 11/17/2020 | 11/17/2020 | | Written Stipulation |