| | Date | From | Message | Attachment in GX 2B |
|---|---|---|---|---|
| 1 | 5/4/2020 | mywife73 Richard Lutz | | |
| 2 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 1 |
| 3 | 5/4/2020 | dcjohn1997 | Hey need u to hold up 4 fingers near her thanks | |
| 4 | 5/4/2020 | mywife73 Richard Lutz | Ok | |
| 5 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 2 |
| 6 | 5/4/2020 | dcjohn1997 | Cool thanks | |
| 7 | 5/4/2020 | dcjohn1997 | Mine is 8 | |
| 8 | 5/4/2020 | dcjohn1997 | Yours | |
| 9 | 5/4/2020 | dcjohn1997 | (attachment) | 3 |
| 10 | 5/4/2020 | dcjohn1997 | She is sexy | |
| 11 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 4 |
| 12 | 5/4/2020 | dcjohn1997 | Cutie | |
| 13 | 5/4/2020 | dcjohn1997 | What all u get to do | |
| 14 | 5/4/2020 | mywife73 Richard Lutz | Cum on her when she is sleeping.  But sometimes I cum on her from behind. | |
| 15 | 5/4/2020 | dcjohn1997 | Yes I get to do he same when she is asleep.  I also feel her up and rub cock on her. | |
| 16 | 5/4/2020 | dcjohn1997 | How old is yours | |
| 17 | 5/4/2020 | dcjohn1997 | Im 33 USA | |
| 18 | 5/4/2020 | mywife73 Richard Lutz | 12 | |
| 19 | 5/4/2020 | mywife73 Richard Lutz | Im 41 usa | |
| 20 | 5/4/2020 | dcjohn1997 | Nice | |
| 21 | 5/4/2020 | mywife73 Richard Lutz | I get her naked sometimes | |
| 22 | 5/4/2020 | dcjohn1997 | Nice!!! | |
| 23 | 5/4/2020 | dcjohn1997 | I've pulled her panties to the side | |
| 24 | 5/4/2020 | mywife73 Richard Lutz | Fuck yes I would love to see sometime | |
| 25 | 5/4/2020 | dcjohn1997 | Sure | |
| 26 | 5/4/2020 | dcjohn1997 | U have any of yours from the past | |
| 27 | 5/4/2020 | mywife73 Richard Lutz | No but I can get some new stuff | |
| 28 | 5/4/2020 | dcjohn1997 | Ah ok I was just wondering | |

| | Date | From | Message | Attachment in GX 2B |
|---|---|---|---|---|
| 29 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 5 |
| 30 | 5/4/2020 | dcjohn1997 | So sexy | |
| 31 | 5/4/2020 | mywife73 Richard Lutz | Got a pair of her panties to jerk off with | |
| 32 | 5/4/2020 | dcjohn1997 | (attachment) | 6 |
| 33 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 7 |
| 34 | 5/4/2020 | dcjohn1997 | Mmmm | |
| 35 | 5/4/2020 | mywife73 Richard Lutz | I jerked off on the top of head this weekend while she was eating lunch. She never even noticed | |
| 36 | 5/4/2020 | dcjohn1997 | So hot!! | |
| 37 | 5/4/2020 | mywife73 Richard Lutz | Ill do it again soon for you | |
| 38 | 5/4/2020 | dcjohn1997 | Mmmm | |
| 39 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 8 |
| 40 | 5/4/2020 | dcjohn1997 | Mmm | |
| 41 | 5/4/2020 | dcjohn1997 | Looks so good on her panties | |
| 42 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 9 |
| 43 | 5/4/2020 | mywife73 Richard Lutz | Precum | |
| 44 | 5/4/2020 | dcjohn1997 | Nice!!!!! | |
| 45 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 10 |
| 46 | 5/4/2020 | dcjohn1997 | Mmmmmm | |
| 47 | 5/4/2020 | dcjohn1997 | Damn | |
| 48 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 11 |
| 49 | 5/4/2020 | dcjohn1997 | What she doing | |
| 50 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 12 |
| 51 | 5/4/2020 | dcjohn1997 | Nice ass | |
| 52 | 5/4/2020 | mywife73 Richard Lutz | I was about to cum on her but mom came home | |
| 53 | 5/4/2020 | dcjohn1997 | Damn | |
| 54 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 13 |
| 55 | 5/4/2020 | mywife73 Richard Lutz | (attachment) | 14 |

| | Date | From | Message | Attachment in GX 2B |
|---|---|---|---|---|
| 56 | 5/4/2020 | dcjohn1997 | Wow she is cute | |
| 57 | 5/4/2020 | dcjohn1997 | Love her blond hair | |
| 58 | 5/4/2020 | dcjohn1997 | Mmmmmm hot!! | |
| 59 | 5/4/2020 | mywife73 Richard Lutz | I love cumming in her hair | |
| 60 | 5/4/2020 | dcjohn1997 | Me to so hot!!!! | |
| 61 | 5/5/2020 | dcjohn1997 | Morning | |
| 62 | 5/5/2020 | mywife73 Richard Lutz | Good morning | |
| 63 | 5/5/2020 | mywife73 Richard Lutz | (attachment) | 15 |
| 64 | 5/5/2020 | mywife73 Richard Lutz | (attachment) | 16 |
| 65 | 5/5/2020 | mywife73 Richard Lutz | (attachment) | 17 |
| 66 | 5/5/2020 | dcjohn1997 | (attachment) | 18 |
| 67 | 5/5/2020 | dcjohn1997 | How are u | |
| 68 | 5/5/2020 | mywife73 Richard Lutz | Doing great and horny | |
| 69 | 5/5/2020 | dcjohn1997 | Lol same | |
| 70 | 5/5/2020 | mywife73 Richard Lutz | Thank you for the pic!!! | |
| 71 | 5/5/2020 | dcjohn1997 | How was your night | |
| 72 | 5/5/2020 | dcjohn1997 | Your welcome | |
| 73 | 5/5/2020 | mywife73 Richard Lutz | Lots of jerking lol | |
| 74 | 5/5/2020 | dcjohn1997 | Lol nice!!!! Same | |
| 75 | 5/5/2020 | dcjohn1997 | What are u up to today | |
| 76 | 5/5/2020 | mywife73 Richard Lutz | At work right now but when I get home Ill beinh taking more live pics of my daughter | |
| 77 | 5/5/2020 | dcjohn1997 | Mmmm | |
| 78 | 5/6/2020 | mywife73 Richard Lutz | Im just waiting for her mom to not be home and Ill get you so really great pics and videos | |
| 79 | 5/6/2020 | dcjohn1997 | Lol I understand for sure | |
| 80 | 5/6/2020 | mywife73 Richard Lutz | Lol my cock is about to explode. She has been looking so yummy | |
| 81 | 5/6/2020 | dcjohn1997 | Mmmmm she is sexy as hell | |
| 82 | 5/6/2020 | mywife73 Richard Lutz | Longer than normal hugs and a lot more.  Lol I will get some good stuff | |
| 83 | 5/6/2020 | dcjohn1997 | Lol that's so hot. You have other daughters too? When did you get to start with her | |
| 84 | 5/6/2020 | dcjohn1997 | Love her hair | |

| | Date | From | Message | Attachment in GX 2B |
|---|---|---|---|---|
| 85 | 5/6/2020 | mywife73 Richard Lutz | When she was 7 | |
| 86 | 5/6/2020 | dcjohn1997 | Mmmmmm | |
| 87 | 5/6/2020 | mywife73 Richard Lutz | Yes I have a 21 year old and 15 year old stepdaughters and a stepgrand baby | |
| 88 | 5/6/2020 | dcjohn1997 | Nice!!! | |
| 89 | 5/6/2020 | mywife73 Richard Lutz | (attachment) | 19 |
| 90 | 5/6/2020 | mywife73 Richard Lutz | (attachment) | 20 |
| 91 | 5/6/2020 | mywife73 Richard Lutz | (attachment) | 21 |
| 92 | 5/6/2020 | dcjohn1997 | Damn!!!! | |
| 93 | 5/6/2020 | dcjohn1997 | She is a sexy lil thing | |
| 94 | 5/6/2020 | mywife73 Richard Lutz | Oh yes | |
| 95 | 5/6/2020 | mywife73 Richard Lutz | Lilttle hands feel so good around my cock too | |
| 96 | 5/6/2020 | dcjohn1997 | Mmmmmmmmm | |
| 97 | 5/6/2020 | dcjohn1997 | You get alone time with her | |
| 98 | 5/6/2020 | mywife73 Richard Lutz | Yes | |
| 99 | 5/6/2020 | dcjohn1997 | I bet that looked so good seeing her hands around it | |
| 100 | 5/6/2020 | mywife73 Richard Lutz | Ill let you see | |
| 101 | 5/6/2020 | dcjohn1997 | Mmmmmm | |
| 102 | 5/6/2020 | dcjohn1997 | You have any from the past of her | |
| 103 | 5/6/2020 | mywife73 Richard Lutz | No I delete everything. I do not want the wife to find them | |
| 104 | 5/6/2020 | dcjohn1997 | Yes very smart | |
| 105 | 5/6/2020 | mywife73 Richard Lutz | I almost got caught having my daughter sucking me off in the shed | |
| 106 | 5/6/2020 | mywife73 Richard Lutz | Never again will I be that dumb | |
| 107 | 5/6/2020 | dcjohn1997 | No way | |
| 108 | 5/6/2020 | dcjohn1997 | How that happpen | |

4

| | Date | From | Message | Attachment in GX 2B |
|---|---|---|---|---|
| 109 | 5/6/2020 | mywife73 Richard Lutz | I thought my wife had left to go to her moms house. So I was working in the shed. My daughter came out to ask for a snack. Lol so I was giving her one. I heard the back door to the house open and Ill be damned my wife forgot something and was telling me she was leaving again. I barely got my cock out of her mouth and back in my pants when she walked up. | |
| 110 | 5/6/2020 | dcjohn1997 | Holy luck that was close. How old was daughter | |
| 111 | 5/6/2020 | mywife73 Richard Lutz | 9 | |
| 112 | 5/6/2020 | dcjohn1997 | My ex found some kiddy stuff on the computer but I told her I got a virus. Luckily it was only a few image | |
| 113 | 5/6/2020 | mywife73 Richard Lutz | Lol that was close too | |
| 114 | 5/6/2020 | dcjohn1997 | That is awesome. Is your daughter cool about not telling on you? That's my fear. Does she still play with you or did you have to end it and just sneak around? | |
| 115 | 5/6/2020 | mywife73 Richard Lutz | I still do stuff but she is getting older and I dont want her to tell. I would tell her shecwas making daddy happy | |
| 116 | 5/6/2020 | mywife73 Richard Lutz | She would do anything | |
| 117 | 5/6/2020 | dcjohn1997 | That's really cool. When is the last time you got to play with her when she was awake? Mine was like 4 | |
| 118 | 5/6/2020 | mywife73 Richard Lutz | She doesn't freakout still. I still cum on her a lot | |
| 119 | 5/6/2020 | dcjohn1997 | Mmmm does she know | |
| 120 | 5/6/2020 | mywife73 Richard Lutz | Yes I cum right on her head while she is eating lunch | |
| 121 | 5/6/2020 | mywife73 Richard Lutz | She does not care. I just wont fuck her | |
| 122 | 5/6/2020 | dcjohn1997 | Mmmmmmmmm | |
| 123 | 5/6/2020 | dcjohn1997 | That's so hot!! | |
| 124 | 5/6/2020 | dcjohn1997 | Your lucky man I have to sneak everything when she is sleeping | |

| | Date | From | Message | Attachment in GX 2B |
|---|---|---|---|---|
| 125 | 5/6/2020 | mywife73 Richard Lutz | Ill show you soon | |
| 126 | 5/6/2020 | dcjohn1997 | :) | |
| 127 | 5/6/2020 | dcjohn1997 | I'm so bored at work lol | |
| 128 | 5/6/2020 | mywife73 Richard Lutz | (attachment) | 22 |
| 129 | 5/6/2020 | mywife73 Richard Lutz | (attachment) | 23 |
| 130 | 5/6/2020 | mywife73 Richard Lutz | (attachment) | 24 |
| 131 | 5/6/2020 | mywife73 Richard Lutz | (attachment) | 25 |
| 132 | 5/6/2020 | dcjohn1997 | Mmmm | |
| 133 | 5/6/2020 | dcjohn1997 | Damn she is cute | |
| 134 | 5/6/2020 | dcjohn1997 | (attachment) | 26 |
| 135 | 5/6/2020 | dcjohn1997 | (attachment) | 27 |
| 136 | 5/6/2020 | dcjohn1997 | (attachment) | 28 |
| 137 | 5/6/2020 | dcjohn1997 | She was a bit younger there lol | |
| 138 | 5/6/2020 | mywife73 Richard Lutz | Very yummy | |
| 139 | 5/6/2020 | dcjohn1997 | Yes | |