UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-77-Orl-78GJK

EDGAR JOHN DAWSON, JR.

### STIPULATION OF THE PARTIES FOR BENCH TRIAL

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, and the defendant, EDGAR JOHN DAWSON, JR., and the attorney for the defendant, Ali Kamalzadeh, Esq., hereby enter into the following stipulation of facts for a bench trial in this matter. The parties agree that the stipulated facts are true and correct.

### Charges and Elements

A federal grand jury has returned a Superseding Indictment charging the defendant, EDGAR JOHN DAWSON, JR. ("DAWSON"), with two counts (Counts One and Two) of distribution and attempted distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2); and five counts (Counts Three through Seven) of sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a). (Doc. 29.)

The elements of Count One and Two, distribution of child pornography, are:

| | |
|---|---|
| <u>First</u>: | the defendant knowingly distributed an item of child pornography; |
| <u>Second</u>: | the item of child pornography had been distributed using any means or facility of interstate or foreign commerce; |
| <u>Third</u>: | when the defendant distributed the item, he believed the item was child pornography. |

In the alternative, the elements of Count One and Two, attempted distribution of child pornography, are:

| | |
|---|---|
| <u>First</u>: | the defendant knowingly intended to commit the crime of distributing child pornography; and |
| <u>Second</u>: | the defendant's intent was strongly corroborated by his taking a substantial step toward committing the crime. |

The elements of Counts Three through Seven, sexual exploitation of a child, are:

| | |
|---|---|
| <u>First</u>: | an actual minor, that is, a real person who was less than 18 years old, was depicted; |
| <u>Second</u>: | the defendant employed, used, persuaded, induced, enticed, or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and |
| <u>Third</u>: | the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce. |

"Child pornography" means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.   18 U.S.C. § 2256(8).

"Sexually explicit conduct" means actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person.   18 U.S.C. § 2256(a)(2)(A).

The internet is a means or facility of interstate commerce.

### Stipulated Facts

A. **Count One**

On September 27, 2019, the defendant used Discord, an Internet messaging application, to communicate with other Discord users. The

3

defendant's Discord Author ID is 624893701247729684.

That day, the defendant messaged Discord user #9683, saying, "More please." Discord user #9683 replied, "You share, I share." The defendant then sent four images, and Discord user #9683 responded, "dude, check your settings, youre blocking explicit messages." The defendant later responded, "Done. Fuck yes."

The defendant then sent Discord user #9683 another image through Discord. The image depicts a female who is younger than 15 years old, posing and leaning back with her knees on the floor and her legs spread. The child is wearing a pink bathing suit top and sheer yellow underwear, through which her pubic area, including her labia majora, can be seen. This image is the basis of Count One of the Superseding Indictment. The image is file 5 on Government Exhibit 4B. The image constitutes child pornography and the defendant knew that it was child pornography when he sent it through the Internet to Discord user #9683.

A summary of the defendant's chats with Discord user #9683 begins on page 0476 and continues on page 0475 of Government Exhibit 4C.[1] The images that the defendant sent to Discord user #9683 (including file 5 on Government Exhibit 4B) are contained within Government Exhibit 4B and

---

[1] Due to the way the records were produced, the messages are listed in reverse chronological order.

noted by corresponding file number in Government Exhibit 4C.

### B. Count Two

In a separate Discord conversation on September 27, 2019, the defendant chatted with Discord user #4563. The defendant wrote, "Hey can I get a link please." The defendant then sent two images of child pornography. Both images show a nude female minor who is younger than 15 years old, posing with her legs open, exposing her vagina. Each of these images are a basis of Count Two of the Superseding Indictment. The images are files 6 and 7 on Government Exhibit 4B. The images constitute child pornography and the defendant knew the items were child pornography when he sent them through the Internet to Discord user #4563.

A summary of the defendant's chats with Discord user #4563 is set forth on page 0477 of Government Exhibit 4C. The images that the defendant sent to Discord user #4563 (including files 6 and 7 on Government Exhibit 4B) are contained within Government Exhibit 4B and noted by corresponding file number in Government Exhibit 4C.

### C. Counts Three through Six

On or about March 9, 2020, Federal Bureau of Investigation (FBI) Special Agent (SA) Robert Schwinger, acting in an undercover capacity,

observed the defendant and others conversing in a Kik chat room called "Daugh Fun Time." Kik is an online social media application.

The defendant posted numerous images, videos, and messages to the "Daugh Fun Time" group chat that SA Schwinger observed. At one point, the defendant posted two images of a fully clothed 11-year-old girl on an exercise mat. This same fully clothed 11-year-old girl is depicted in all of the videos that form the basis of Counts Three through Six.

Shortly thereafter, the defendant posted a video (IMG_0965 on Government Exhibit 1B) to the group chat. The video is nine seconds long. At the outset, it shows the 11-year-old kneeling on an exercise mat on the ground, with her torso lowered over her knees, her face and forehead angled toward the floor, and her feet are under her buttocks. The defendant is behind her. The defendant then pans to the lower half of his own body, where he has exposed his penis and is masturbating. Approximately six seconds into the video, the defendant pans back to the 11-year-old, who is still in the same pose as before. This video is the basis for Count Three of the Superseding Indictment.

Other users in the room responded, "Nice" and "Mmmm. Who's she." The defendant replied by posting three more videos (IMG_0964, IMG_0963, and IMG_0962 on Government Exhibit 1B) to the group chat.

The video contained in IMG_0964 is 13 seconds long. It shows the fully clothed 11-year-old girl seated at a dining table. Her face is visible, and her voice is audible as she speaks for approximately five seconds at the beginning of the video. The defendant—who is seated at the head of the table (perpendicular to her)—then pans the camera downward to show himself masturbating under the table. As he does so, he and the child continue to converse. This video is the basis for Count Four of the Superseding Indictment.

The video contained in IMG_0963 is six seconds long. It shows the defendant standing behind the fully clothed 11-year-old as she continues to sit at the dining table, working. The top of the child's head is visible at the beginning of the video. The defendant then pans downward to show himself masturbating as he stands just inches behind her. The defendant then shows the top of the child's head again as he responds to her in conversation. This video is the basis for Count Five of the Superseding Indictment.

The video contained in IMG_0962 is four seconds long. At the beginning of the video, the camera is aimed downward and the defendant is seen standing and masturbating in the same place where he was standing in IMG_0963. He ejaculates onto the floor. The fully clothed 11-year-old is not in the camera frame at that time. Then the defendant pans the camera to

show the back of her head while the defendant remains standing behind her. The defendant then pans back downward to show his penis again. Near the end of the video, both the defendant's penis and the top of the child's head are visible. This video is the basis for Count Six of the Superseding Indictment.

In further response to the question posed earlier ("who's she"), the defendant stated that the child was his 11-year-old daughter. Later in the group chat, the defendant told the other chat participants, "Love jerking off in my daughters panties." He also posted images of his penis hovering over a girl's underwear. Screenshots showing the defendant's communications in the "Daugh Fun Time" Kik chat room are set forth in Government Exhibit 1A.[2]

D. **Count Seven**

On May 4, 2020, Metropolitan Police Department Detective Tim Palchak was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force. In that capacity, Detective Palchak entered a private Kik group that he had already been a member of for several weeks. Detective Palchak was also an administrator for the group at that time.

---

[2] The defendant's communications are those that appear next to the circular user icon that shows a sunset.

On May 4, 2020, Detective Palchak observed the defendant (using the Kik user name "mywife73") enter the room. Upon entering the room, Detective Palchak, as an admistrator of the group, requested that the defendant provide a picture to verify the authenticity of the user. In response to Detective Palchak's request, the defendant sent a live camera image to Detective Palchak's private Kik account. The image depicted a fully clothed 11-year-old girl lying on a floor. (This is the same girl depicted in the videos that form the bases of Counts Three through Six.)

Detective Palchak requested that the defendant hold up four fingers near the child in an attempt to ascertain if he had immediate access to the child. The defendant responded by sending Detective Palchak an image of himself holding up four fingers in front of the child.

The defendant and Detective Palchak then began to chat. During the course of their chat, the defendant informed Detective Palchak that he was a 41-year-old male residing in the United States with a 12-year-old daughter. The defendant also sent Detective Palchak another live camera image of the 11-year-old girl. Detective Palchak asked the defendant, "[W]hat all u get to do." The defendant replied, "Cum on her when she is sleeping. But sometimes I cum on her from behind." The defendant further stated, "I

jerked off on the top of head this weekend while she was eating lunch. She never even noticed. . . . Ill do it again for you soon."

During his chat with Detective Palchak, the defendant sent additional images of the child (in which she was clothed). One of those images showed the defendant placing his hand on the child's left shoulder. The defendant stated, "I was abuot to cum on her but mom came home."

At approximately 9:13 p.m., the defendant sent Detective Palchak a video whose file name is 5b69f4c9-384a-4830-b460-26f07bf09d9c (file 14 on Government Exhibit 2B). The video is 14 seconds long. The defendant took this video in the 11-year-old's bedroom, where she was seated at a desk. At the start of the video, the fully clothed 11-year-old girl can be seen seated at a table. The top of her head, a forearm, and her hands are visible as she is drawing and speaking. Approximately one second into the video, the defendant replies to the child as he pans the camera downward, showing his hand on his penis as he masturbates directly behind her. He then pans the camera back to the top of the child's head and arms, and she continues drawing and speaking to the defendant. As she does so, the defendant pans the camera back to his penis and continues to masturbate. Approximately 10 seconds into the video, the defendant's penis touches the child's hair, which moves as a result of that contact. As this occurs, the child continues

speaking. This video is the basis for Count Seven of the Superseding Indictment.

A summary of the defendant's chats with Detective Palchak is set forth in Government Exhibit 2C. The images and videos that the defendant sent to Detective Palchak during the course of those chats are contained within Government Exhibit 2B, and noted by corresponding file number in Government Exhibit 2C.

Later, the FBI executed a search warrant on the defendant's residence and interviewed the defendant. The defendant admitted that when he was on Discord, he distributed child pornography to other users. The defendant also admitted that he had used the Kik mobile application.

The interviewing agents showed the defendant IMG_0965, IMG_0964, IMG_0962 (all of which are on Government Exhibit 1B), and he admitted that he had taken those videos of himself, masturbating in the presence of the 11-year-old child, who was also in the videos. The interviewing agents also showed the defendant the video titled IMG_0963 (on Government Exhibit 1B) and the defendant further admitted that he had taken that video of himself masturbating while standing by the 11-year-old-child, who was also in the video.

During the interview, FBI Special Agent Rod Hyre asked, "When did

you starting incorporating your daughter into these videos?" and the defendant responded, "Like, probably March."

At one point, Agent Hyre asked, "Is that one of the reasons why you were making these videos of your daughter, so that you could get stuff from other people?" The defendant responded, "Um, no. Actually, it was just—'cause like I said, it'd just be the fantasy of it and it would just kinda like—it was like just getting off to it."

FBI Special Agent Kevin Kaufman asked, "Is it arousing you, the fact that your 12-year-old is sitting there while you're -- or your 11-year-old -- while you're masturbating?" and the defendant responded, "Yeah." When asked what the purpose of the video was, the defendant responded, "Just post it and then get off and that was it."

Agent Kaufman then asked, "Okay. Do you watch the video and masturbate to it afterwards before . . . ." The defendant responded, "Nope." Agent Kaufman then asked, "You delete it?" and the defendant responded, "Nope. Just delete it immediately."

Agent Kaufman then asked, "Okay. Does she know – when she goes through her forensic interview, is she gonna – just gonna say, 'Hey, dad plays with his penis in front of me?'" The defendant responded, "Yep, she'll never say it. . . . I've never showed it to her."

12

As the interview continued, Agent Kaufman once again asked the defendant, "Does she know what you're doing?" and the defendant replied, "No." Agent Kaufman also asked, "Has she ever asked and said, 'Hey, what is that? What -- what – what are you doing?'" Again, the defendant responded, "No." Agent Kaufman then asked, "Or do you tell her it's natural or what -- what do you say to her?" Defendant responded, "I've never – she's never even seen it, I'm telling you guys for real."

The recording of the defendant's interview with the agents is Government Exhibit 7A, and a transcript of the interview is Government Exhibit 7B.

The videos that serve as the basis for the offenses alleged in Counts Three through Seven of the Superseding Indictment (IMG_0965, IMG_0964, IMG_0963, and IMG_0962 on Government Exhibit 1B, and file 14 on Government Exhibit 2B) are visual depictions of an actual minor, that is, a real person who was less than 18 years old.

Those videos depict the defendant engaging in self-masturbation, which is sexually explicit conduct and lascivious exhibition of the genitals of the defendant, as defined in 18 U.S.C. § 2256(2)(A).

Those videos were taken by the defendant for the purpose of video recording a fully clothed minor, that is, an 11-year-old, as he masturbated near

13

her.

As part of the investigation of this case, the 11-year-old girl was forensically interviewed on May 7, 2020, by the interviewer who identifies herself as Jennifer, the interview was captured with audio and video recording.

In the interview the 11-year-old girl was asked, "What about your pee part, has anyone ever taken a picture of your pee part?" The 11-year-old girl responded, "No," and explained that she usually keeps it covered. The interviewer then asked, "Have you ever seen anybody do anything to their um pee part on a boy um – at home?" She responded, "No, I uh I uh um some some black kids there there like they they they take they take their pee part and start tugging on it. . . ." Later the interviewer then asked, "Have you ever seen anybody tug on their pee part?" The 11-year-old responded by shaking her head in the negative in the video. The recording of the 11-year-old's interview is Defense Exhibit 3.

The videos that serve as the basis for the offenses alleged in Counts Three through Seven of the Superseding Indictment were sent by the defendant via the Internet using the Kik application on his LG cell phone. Therefore, the visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce, that is, the Internet.

At all relevant times, the defendant was located in the Middle District of Florida. The defendant used an LG GSM LM-Q710 cell phone, serial no. 2077139335, to engage in all of the conduct that is the basis for the offenses alleged in Counts One through Seven of the Superseding Indictment.

So stipulated this 5th day of ~~October~~ November, 2020.

Respectfully submitted,

JAMES T. SKUTHAN
Acting Federal Defender

*/s/ Ali Kamalzadeh*
Ali Kamalzadeh
Assistant Federal Defender
Florida Bar. No. 0115995
201 S. Orange Avenue,
Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: Ali_Kamalzadeh@fd.org

*/s/ Edgar John Dawson, Jr.*
Edgar John Dawson, Jr.
Defendant

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Emily C. L. Chang*
Emily C. L. Chang
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: emily.chang@usdoj.gov