

# EXHIBIT LIST

___ Government   ___ Plaintiff   _X_ Defendant   ___ Court

Case No. 6:20-cr-77-Orl-78GJK
Style: US v Dawson

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 11/17/20 | 11/17/2020 | NA | | May 7, 2020 interview of ∆ at 5:21am - audio |
| 1A | 11/17/20 | 11/17/2020 | NA | | Transcript of audio in Defense Ex 1 |
| 2 | 11/17/20 | 11/17/2020 | NA | | May 7, 2020 interview audio of ∆ at approx 7am |
| 2A | 11/17/20 | 11/17/2020 | NA | | Transcript of audio in Defense Ex 2 |
| 3 | 11/17/20 | 11/17/2020 | NA | | May 7, 2020 forensic interview of A.D. video recording |
| 3A | 11/17/20 | 11/17/2020 | NA | | Transcript of video interview of Defense Ex 3 |
| 4 | 11/17/20 | 11/17/2020 | NA | | US v. Howard, 968 F.3d 717 (7th Cir 2020) |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.