TRANSCRIPT

OF

INTERVIEW OF A.D.

By

JENNIFER

Date:   May 7, 2020

TRANSCRIPT ORDERED BY:

Diane Hernandez, Investigator (Office of Federal Defender)

Transcriber, Alicia Jarrett
**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, NJ 08619**
            (609)586-2311
**FAX NO.**   (609)587-3599
**E-mail:**   jjcourt@jjcourt.com
**Website:**  www.jjcourt.com

Audio Recorded

1          JENNIFER:  We're going to go right in here, and I'm
2     going to have you have a seat in that chair for me, okay?
3          A.D.:  This place is empty.
4          JENNIFER:  I'm going to have you seat right here,
5     okay?  I'm going to sit here.
6          A.D.:  Why is it empty in here?
7          JENNIFER:  What do you mean?  In this room?
8          A.D.:  Yeah.
9          JENNIFER:  Because we just talk to kids in the room.
10    So before we talk, *A██████, I wanted to tell you a
11    little bit about my room.  First of all, do you remember my
12    name?  Because I know you waited outside for a little bit.
13         A.D.:  I don't remember your name.
14         JENNIFER:  That's okay.  My name is Jennifer, and
15    like I told you, my job is just to talk to you and get to know
16    you a little bit.  Before we talk, I want to tell you about the
17    room that we're in.  There's two cameras in here.  There's one
18    there, and there's one there, and those are in here so when we
19    talk today, I don't have to write a lot of things down and I
20    can just focus on what you and I talk about.  Okay?
21         When we talk today --
22         A.D.:  Can the cameras hear what we're saying?
23         JENNIFER:  Uh-huh.  So they're to help me to remember
24    to go back and watch what we talked about.  Okay?
25         A.D.:  Are they on right now?

3

1        JENNIFER:  Uh-huh.

2        A.D.:  Oh.

3        JENNIFER:  There's a little button outside the door,

4 and when we are all done, I'll turn it off.  So that way, it

5 doesn't continue to record, and you can see me turn it off.

6        So when we talk today, we'll only talk about things

7 that are true.  If I were to ask you what's a truth mean to

8 you, how would you describe that?

9        A.D.:  Be honest.

10       JENNIFER:  Okay.  So if I said that somebody came in

11 here and they colored all over the walls and then they said

12 they didn't color on the walls, is that telling the truth or

13 not the truth?

14       A.D.:  (No audible response).

15       JENNIFER:  Okay.  If that same person came in here

16 and I had a bowl of fruit on the table and they took a banana

17 and they said, "Yes, I had one of her bananas," is that telling

18 the truth or not the truth?

19       A.D.:  The truth.

20       JENNIFER:  Okay.  When we talk today, I promise to be

21 truthful with you.  Do you promise to tell me the truth?

22       A.D.:  (No audible response).

23       JENNIFER:  Okay.  When we talk today, only tell me

24 things that you know.  Don't give me a guess.  What would a

25 guess mean to you?

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 4 of 58 PageID 409

4

1          A.D.:  A lie.

2          JENNIFER:  A lie?  Okay.  If I said, "What color is

3  my car," what would you tell me?

4          A.D.:  Nothing.

5          JENNIFER:  Okay.  Do -- have you ever seen my car

6  before?

7          A.D.:  (No audible response).

8          JENNIFER:  So that's a perfect response.  You don't

9  get in trouble for not knowing an answer.  My car is gray, by

10  the way.

11          If I say something incorrect when we talk, please

12  correct me because I want to make sure everything you tell me,

13  I get correct.  When we talk today -- I talk to kids a little

14  bit different.  I talk to them from the beginning of something,

15  all the way to the end.  So if I were to ask you -- how old are

16  you?

17          A.D.:  Eleven.

18          JENNIFER:  Eleven.  If I were to ask you, "Tell me

19  everything you did at your last birthday," what would you tell

20  me?

21          A.D.:  Nothing.

22          JENNIFER:  Nothing?

23          A.D.:  I don't do birthdays.

24          JENNIFER:  Okay.  Let's see, if I were to ask you,

25  tell me everything about -- do you go to school?

5

1          A.D.:  (No audible response).

2          JENNIFER:  Tell me everything you do when -- from the

3     time you start your day at school to the time you finish your

4     day at school.  What would you tell me?

5          A.D.:  I can't remember.

6          JENNIFER:  Okay.  Where do you go to school?

7          A.D.:  Chapter 7 Elementary.

8          JENNIFER:  Chapter 7.  What grade are you in?

9          A.D.:  Fourth.

10          JENNIFER:  Fourth grade.  How do you like school?

11          A.D.:  Not that much.

12          JENNIFER:  Not that much?  Tell me about that.

13          A.D.:  Because -- I used to love school, but now --

14     the reason why I used to love school is because I have -- I had

15     a lot of friends, and now something changed.  They don't --

16     they're being mean to me and stuff, and they don't want to hang

17     out with me.  So --

18          JENNIFER:  Okay.  What kinds of things are they doing

19     to be mean to you?

20          A.D.:  They'll make me play games with them, and I --

21     and if I don't want to play the game because I'm not allowed to

22     play those type of games because they play some weird type of

23     games.

24          JENNIFER:  What kind of games do they play?

25          A.D.:  Like, Harry Potter.  I'm not allowed to do

6

1  Harry Potter because I have a different religion, and I'm not

2  allowed to do magic stuff and that.  And so I didn't -- I told

3  her no, and she said, "Fine, go play with your little kid

4  friends."

5          JENNIFER:  Gotcha.  Okay.  What's your favorite thing

6  about school?

7          A.D.:  Animal science.

8          JENNIFER:  You like animal science?  Okay.

9          A.D.:  That's my favorite subject.

10         JENNIFER:  That's your favorite subject?  What do you

11 want to do when you grow up?

12         A.D.:  I want to be a zoologist or a biologist.

13         JENNIFER:  Do you have a favorite animal that you

14 like?

15         A.D.:  (No audible response).

16         JENNIFER:  What's that?

17         A.D.:  A wolf.

18         JENNIFER:  A wolf.  Very interesting.

19         A.D.:  A fox and a wolf.

20         JENNIFER:  A fox and a wolf.  They're kind of in the

21 similar --

22         A.D.:  Because I have two stuffed animals, one named

23 Foxy and one named Wolfie --

24         JENNIFER:  Uh-huh.

25         A.D.:  -- and they're, like, friends.  I even made,

1  like, whole entire stories of them on -- I wrote down -- I

2  write books, and I like to draw and stuff.

3           JENNIFER:  You do?  What kind of things do you like

4  to write about?

5           A.D.:  I like to write about, like, animals and,

6  like, little pretend journeys, like pretend they're talking

7  about stuff, and it's fun.  I like to reread them when I grow a

8  little bit older because it just reminds me of the happy times

9  when I write books.  I don't -- I'm not -- I don't really do it

10  that much anymore because, like, I'm kind of running out of

11  paper in my room because I have so much scribbles.  I have so

12  much, like, scribble drawings in my drawers, but I keep them

13  anyway.

14           JENNIFER:  Gotcha.  And your stories that you write

15  about, are those things that really happened or are they --

16  because you talked about pretend stuff, too.

17           A.D.:  Yeah, they're pretend.

18           JENNIFER:  Okay.

19           A.D.:  Like, just little fun little things I like to

20  draw when I'm bored --

21           JENNIFER:  Okay.

22           A.D.:  -- and make stories.

23           JENNIFER:  And you draw the stories.  You said you

24  draw the pictures for them, as well?  That's pretty

25  interesting.  I saw one of your drawings out there that you

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 8 of 58 PageID 413

8

1   made.

2           A.D.:   Yeah, it was a butterfly.   It was a -- it was

3   actually a butterfly, it was flying butter.   And then, I had a

4   dandelion, which was a lion on a stem, a lion face on a stem.

5           JENNIFER:   Very cool.

6           A.D.:   And then, I had a puppy giraffe, and I had --

7   I had a bird with broccoli ears.

8           JENNIFER:   Oh, my goodness.   What other kinds of

9   things do you like to draw?

10          A.D.:   Dogs and wolves and foxes and all kinds of

11  different stuff.

12          JENNIFER:   Okay.

13          A.D.:   Giraffes.

14          JENNIFER:   So mostly animals?

15          A.D.:   Yeah.

16          JENNIFER:   Yeah?   Is there any times that you draw

17  something other than animals?

18          A.D.:   I draw fancy houses, but I'm not that good at

19  drawing people.   I draw stick figures.

20          JENNIFER:   Gotcha.   Well, you're better than I am

21  because I can barely do that, so -- who brought you here today?

22          A.D.:   I keep forgetting her name.   Sasha or --

23          JENNIFER:   Sasha, okay.   And that's the lady with

24  DCF, right?

25          A.D.:   (No audible response).

9

1          JENNIFER:  Okay.  And then, who is out in the lobby

2    with you?

3          A.D.:  My stepmom.

4          JENNIFER:  And what's her name?

5          A.D.:  Christine (phonetic).

6          JENNIFER:  Christine.  Do you live with Christine?

7          A.D.:  Christine, my dad, and my two brothers, H. and

8    T.

9          JENNIFER:  Okay.  Your dad, what's his name?

10         A.D.:  Edgar.

11         JENNIFER:  Edgar.  And who old is H.?

12         A.D.:  H. is 14.

13         JENNIFER:  And --

14         A.D.:  About to be 15.

15         JENNIFER:  Okay.  And T.?

16         A.D.:  Wait, I think my brother, H. is 15.  I don't

17   know.

18         JENNIFER:  Okay.

19         A.D.:  I keep forgetting his age --

20         JENNIFER:  That's okay.

21         A.D.:  -- because I don't really hang out with my

22   brothers that much.  They're usually all playing Fortnite and

23   stuff.

24         JENNIFER:  Gotcha.

25         A.D.:  And then my brother, T., he's, like, 12.

10

1    Yeah.

2              JENNIFER:  Okay.  And are they your dad's boys or

3    Christine's boys or something else?

4              A.D.:  It's -- H. is my real brother, which is my

5    dad's --

6              JENNIFER:  Okay.

7              A.D.:  And then, you know, T. is Christine's.

8              JENNIFER:  Do you have any other brothers?

9              A.D.:  No.  Well, yeah, I do.  I have one named --

10   yeah, J.

11             JENNIFER:  J.  How old is J.?

12             A.D.:  Have no clue.  I don't know anything -- I

13   don't know that much things about him because --

14             JENNIFER:  Okay.

15             A.D.:  -- he's little and I haven't saw my mom in a

16   while.

17             JENNIFER:  Okay.  What's your mom's name?

18             A.D.:  Man, I can't remember her name.  I think it's,

19   like, Tracy.

20             JENNIFER:  Gotcha.  And that's okay if you don't

21   remember.  Remember, I told you you don't get in trouble for

22   not knowing something.

23             What about any sisters?  Do you have any sisters?

24             A.D.:  H. is my stepsister.

25             JENNIFER:  Okay.

11

1        A.D.:  She's, like, 20.  And I have two half-sisters,

2   C. and E.

3        JENNIFER:  Okay.

4        A.D.:  One -- E. is lesbian, and C., I have no clue

5   about her.

6        JENNIFER:  Do you get to see any of those sisters?

7        A.D.:  Just H.  I got to see H., but I -- I went a

8   weekend with my mom, and I saw little J.  He was a tiny, little

9   screaming baby.

10       JENNIFER:  Gotcha.  Okay.  So I talk to kids for lots

11  of different reasons.  I talk to them because somebody's

12  worried about them or something's happened to them.  Do you

13  know why you came to talk to me this morning?

14       A.D.:  (No audible response).

15       JENNIFER:  Okay.

16       A.D.:  I don't even know why FBI and everybody came

17  to my house while -- I was having my first good dream.

18       JENNIFER:  Tell me about your dream.

19       A.D.:  I had all the pet birds in the world, and I

20  loved it, but I -- it was, like, my first good dream I had,

21  like, my first best dream.

22       JENNIFER:  Okay.

23       A.D.:  And then, as soon as I was having that dream,

24  somebody came in.  I heard a big loud knocking on the door.  It

25  was like -- so I ran out there to go open it, but I was like,

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 12 of 58 PageID 417

12

1   I'm not supposed to open doors without looking out the window.

2   So I looked -- I didn't even look out the window.  My dad just

3   came out in his underwear.  He was like, "I'm coming.  I'm

4   coming."  I was like, "What is happening?  Daddy would never

5   come out in his underwear."  And so he opened up the door, and

6   I was like, I don't know what's happening.  And then, I ran to

7   my room and I heard the -- it was, like, the police talking,

8   and I was like -- and then I started to cry because I didn't

9   know what happened.  I heard Christine crying, and I thought H.

10  got in a car accident because she was saying, "My daughter, my

11  daughter" and all kinds of stuff.  I don't know what she was

12  talking about, and I thought they got -- I thought H. got in a

13  car accident and died, and then I was -- I was about to cry my

14  heart out because I loved H.  Or I thought it was T. and H.,

15  they got in -- they got in trouble with some guy, and they

16  were, like, doing something to him to aggravate him, and then

17  the guy decided to kill them.  And I was like -- and I started

18  crying.  I didn't know what was happening.  And so I was just

19  upset, and I don't know what's happening still.

20          JENNIFER:  Okay.

21          A.D.:  I woke up at, like, 5, and I didn't really get

22  to sleep.  I'm kind of tired.

23          JENNIFER:  That's pretty early to be woken up.

24          So you said that you heard a banging on the door, and

25  --

13

1      A.D.:  Yeah.

2      JENNIFER:  -- then your dad came out in his

3  underwear.

4      A.D.:  Yeah.

5      JENNIFER:  Yeah.  And then, you heard --

6      A.D.:  And they took my dad away, and I don't know

7  where he is.  I miss him.

8      JENNIFER:  Okay.  Okay.  When you say "they" took

9  your dad away, tell me more about that.

10      A.D.:  They went and talked to him, and then he was

11  gone.  I didn't know where he was.  I just wanted to say bye to

12  him.  And me and my stepmom never really had a relationship,

13  and I got sad because she was crying.  I came in and gave her a

14  hug, and then she was saying, "I love you," and I'm kind of

15  having that she's having a relationship with me.

16      JENNIFER:  Okay.

17      A.D.:  And she said she would do everything she can

18  to keep me because she -- I think she thought that somebody was

19  going to take me away.  And I was kind of scared because they

20  took off their rings, and I was like, "Is daddy leaving?  Will

21  I ever see daddy again?"  And I don't know.  I don't know if

22  he's leaving.  I don't know where he's at.

23      JENNIFER:  My job is not to upset you.  I'm going to

24  put these here for you in case you need them, okay?

25      You said that your dad came out in his underwear, and

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 14 of 58 PageID 419

14

1　that's something that he normally doesn't do.  Have you ever

2　seen your dad in his underwear before?

3　　　　　A.D.:  Kind of weird question, but yeah, I have.

4　　　　　JENNIFER:  Okay.  Tell me more about that.

5　　　　　A.D.:  It was -- it's a weird question.  I don't feel

6　comfortable talking about it.

7　　　　　JENNIFER:  Well, my job is to talk to kids about a

8　lot of different things, and I talk to kids about all kinds of

9　things.

10　　　　　A.D.:  I thought it was something very -- I thought

11　it was somebody that we knew because daddy would definitely

12　never do that.  But I thought it was somebody that he knew, and

13　then I learned that it was the FBI and the police and some

14　other people.

15　　　　　JENNIFER:  You mean that came to your house?

16　　　　　A.D.:  Yeah.  They came inside my room and started

17　checking things, and I got to talk to a lady.  I showed her

18　everything in my room.

19　　　　　JENNIFER:  Okay.

20　　　　　A.D.:  Not really everything.  I showed her just some

21　stuff I did, and it made me happy.

22　　　　　JENNIFER:  Gotcha.  What kinds of things did you show

23　her?

24　　　　　A.D.:  Like, the books that I drew, and she looked

25　through them to see the pictures that I drew.  And then, she

15

1  asked me some questions, and then -- and I did some other

2  stuff.

3          JENNIFER:  Okay.  So you said that it was a weird

4  question that I asked you about your dad.

5          A.D.:  Uh-huh.

6          JENNIFER:  But you said you have seen him in his

7  underwear before.

8          A.D.:  Yeah.  Just -- it was just when he -- when I

9  come inside his room in the mornings because I have a sore

10  throat or something.

11          JENNIFER:  Okay.  So you go in his room in the

12  mornings if you have a sore throat.

13          A.D.:  Or if I'm scared.

14          JENNIFER:  Okay.  What kinds of things would make you

15  scared?

16          A.D.:  Bad dreams.  Something -- I hear a noise or

17  something, some stuff.

18          JENNIFER:  So you told me about you've seen your dad

19  in his underwear.  Have you ever seen your dad anywhere else

20  outside of his bedroom in your -- in his underwear?

21          A.D.:  (No audible response).

22          JENNIFER:  No?  Okay.  So part of my job is to talk

23  to kids about their body parts.  Do you know your body parts?

24          A.D.:  (No audible response).

25          JENNIFER:  Yeah?  What do you call these?

16

1          A.D.:  Eyes.

2          JENNIFER:  How about this?

3          A.D.:  Hands.

4          JENNIFER:  How about the part of your body that you

5    eat food with?

6          A.D.:  Mouth.

7          JENNIFER:  Okay.  What about the part of your body

8    that you smell with?

9          A.D.:  Nose.

10          JENNIFER:  How about the part of your body that you

11   sit on?  What is that called?

12          A.D.:  A booty.

13          JENNIFER:  Okay.  And what about the part of your

14   body that you use to go to the bathroom with?

15          A.D.:  A pee thingy.

16          JENNIFER:  A pee thingy.  Okay.  Has anybody ever

17   done anything to your pee thingy?

18          A.D.:  No.

19          JENNIFER:  No?  Okay.

20          A.D.:  Only when I was having some bladder issues.

21          JENNIFER:  Some bladder issues?

22          A.D.:  Because daddy and Christine tried to help me

23   because my bladder was burning.

24          JENNIFER:  Okay.  How did they help you?

25          A.D.:  They told me not to, like, wipe back and forth

17

1  like that.

2         JENNIFER:  Uh-huh.

3         A.D.:  They told me to go one way.

4         JENNIFER:  Okay.

5         A.D.:  So I did that.

6         JENNIFER:  Did they ever do anything else?

7         A.D.:  (No audible response).

8         JENNIFER:  No?

9         A.D.:  That I know of.

10        JENNIFER:  Okay.  And what about your booty?  Has

11 anybody ever done anything to your booty?

12        A.D.:  (No audible response).

13        JENNIFER:  No?  Okay.

14        A.D.:  Only a stick has.

15        JENNIFER:  A stick?  Tell me about that.

16        A.D.:  I was, like -- what was I -- I was, like,

17 hunched over, like, squatting, squat walking.  I was, like,

18 walking in our backyard, and there's this big stick, and it

19 poked me, and my booty still hurts.

20        JENNIFER:  Oh, goodness.

21        A.D.:  I have a big circle mark from the stick's top.

22        JENNIFER:  When did that happen?

23        A.D.:  Yesterday.

24        JENNIFER:  Oh, goodness.

25        A.D.:  I was looking for succulents for my chickens

18

1   because they looked kind of thirsty, and so I was going to give

2   them some grass plus water, succulents, because succulents

3   store water in them, so --

4           JENNIFER:  That's right, they do.  You have --

5           A.D.:  And after that stick happened, I saw a whole

6   entire patch of them, and I just ripped the whole darn patch

7   out and then threw it inside the chicken cage.

8           JENNIFER:  Gotcha.

9           A.D.:  And they went crazy.

10          JENNIFER:  So we talked about your pee thing.  What

11  about on a boy?  Is that the same part of a boy or a different

12  part of a -- than you have that they use to go to the bathroom?

13          A.D.:  Different parts, and I don't like to talk

14  about it.  It's kind of weird.

15          JENNIFER:  What do you call that part of that body?

16          A.D.:  Nothing really.  I don't talk about boys that

17  much.

18          JENNIFER:  Okay.  Have you ever seen --

19          A.D.:  I ignore boys.  I think they're stinky

20  coocoos.

21          JENNIFER:  You think they're stink coocoos?

22          A.D.:  Or cocky mongrels.

23          JENNIFER:  Okay.  What's a cocky mongrel?

24          A.D.:  Things that talk a lot and they're annoying.

25          JENNIFER:  Okay.  Have you ever seen that part of a

19

1   boy?

2           A.D.:  But I think I was a cocky, not a mongrel.

3           JENNIFER:  Okay.

4           A.D.:  Because I talk a lot.

5           JENNIFER:  Gotcha.  Have you ever seen that part of a

6   boy?

7           A.D.:  What?

8           JENNIFER:  The part of a boy that they use to go pee

9   with?

10          A.D.:  No.

11          JENNIFER:  No?

12          A.D.:  One of my brothers, when he -- when I was

13  trying to -- I went to use the bathroom, and I opened it up and

14  I was like, ahhhh, I closed the door.

15          JENNIFER:  Okay.

16          A.D.:  They need to lock those doors.

17          JENNIFER:  Did that happen one time or more than one

18  time?

19          A.D.:  Once.

20          JENNIFER:  Once?  And what brother was that?

21          A.D.:  It was, like -- yeah, it was H.

22          JENNIFER:  It was H.?

23          A.D.:  He's my brother, so I don't -- it doesn't

24  really matter.

25          JENNIFER:  Gotcha.  What about on any other person?

20

1          A.D.:   (No audible response).

2          JENNIFER:   No?   Okay.   What about a boy's booty?

3  Have you ever seen a boy's booty?

4          A.D.:   (No audible response).

5          JENNIFER:   No?   Okay.

6          A.D.:   Yeah, I have.

7          JENNIFER:   Yeah?

8          A.D.:   My two brothers.   They pulled down their pants

9  and started trying to chase me with their butts.

10          JENNIFER:   Gotcha.

11          A.D.:   I was about -- I was about to get me a stick

12  from the yard and whack them.   Get away, you cocky mongrels.

13          JENNIFER:   Was there anybody else home when that

14  happened?

15          A.D.:   It was just my parents.   It was funny.   It was

16  okay.

17          JENNIFER:   Okay.

18          A.D.:   So I chased them with my underwear.

19          JENNIFER:   You chased them with your underwear?

20          A.D.:   Yeah.   And they screamed like crazy

21  chimpanzees.

22          JENNIFER:   Oh my goodness.   Somebody told me -- well,

23  you told me that the FBI and the police and some other people

24  had to come to your house this morning, and you said that you

25  talked to them.   What did you talk to them about?

21

1          A.D.:  Like, same exact things that you're talking

2     about.

3          JENNIFER:  Okay.

4          A.D.:  Like, my name and everything.

5          JENNIFER:  And you said that you've seen your

6     brother, H., his part that he pees with, and you've seen your

7     brothers' bottom -- or booties.  And you said you've not seen

8     anybody else's parts of their bodies?

9          A.D.:  (No audible response).

10         JENNIFER:  No?  Okay.  Has anybody ever taken

11    pictures of you --

12         A.D.:  Sasha did.

13         JENNIFER:  Sasha did?

14         A.D.:  Yeah.

15         JENNIFER:  What did she take a picture of?

16         A.D.:  She was like, "Can I take a picture of your

17    smiling face?"  And I was like, oh.

18         JENNIFER:  Okay.  What about your pee part?  Has

19    anybody ever taken a picture of your pee pat?

20         A.D.:  No.  I usually -- when I use the bathroom, I

21    always have it covered.  I always have it covered by my pants.

22         JENNIFER:  By your pants?

23         A.D.:  Yeah.

24         JENNIFER:  Okay.

25         A.D.:  Or my shirt.

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 22 of 58 PageID 427

22

1          JENNIFER:  What about your booty?  Has anybody ever

2    taken a picture of your booth?

3          A.D.:  I always have that covered.

4          JENNIFER:  Okay.  Have you ever seen anybody do

5    anything to their pee part on a boy at home?

6          A.D.:  No.  Some black kids.  They're like -- they

7    take their pee part and start tugging on it, and I'm like,

8    that's weird.  I don't know about those little black boys.

9          JENNIFER:  Tell me about that.

10          A.D.:  It was at the skate park, and they were doing

11    it.  It was a long time -- it was a while ago because it was

12    like -- when they were having a -- it was, like, this party,

13    and my brothers were talking about it, too.  And I had heard it

14    when I was playing.

15          JENNIFER:  Okay.  So --

16          A.D.:  They were yelling at a little girl, saying,

17    suck my part thing.  So that was weird.

18          JENNIFER:  So at the skate park, did you see the boys

19    tugging on their pee part or is that something you heard or

20    something else?

21          A.D.:  It was just something I heard from my brother.

22          JENNIFER:  Okay.  Have you ever seen anybody tug on

23    their pee part?

24          A.D.:  (No audible response).

25          JENNIFER:  No.  You said that they were screaming at

23

1   her to suck on their --

2          A.D.:  Yeah.

3          JENNIFER:  Have you ever -- has anybody ever asked

4   you to suck on that part of them?

5          A.D.:  No.

6          JENNIFER:  No, okay.

7          A.D.:  If they did, my dad would have got really --

8   very mad, and I don't want to hear what he would do.

9          JENNIFER:  How does your dad get mad?  What kinds of

10  things happen when your dad gets mad?

11         A.D.:  When some -- when people are mean to my

12  brothers and me and they put hands on me, but nobody's ever put

13  hands on me.  Instead of -- I had this friend, and there's this

14  mean little boy and he punched her, and I got super mad and I

15  told my friend's dad that he had to be aware because -- yeah, I

16  was leaving, and my friend and me were sliding down the slide

17  together.  It was at the skate park, you know in Titusville.

18  And there was this playground there right by it, and I was

19  sliding down with her.  And then, this little boy was like,

20  "Get out the way," and he punched her.  And the dad was aware,

21  and he was circling around the playground.

22         JENNIFER:  Okay.  So what happens when your dad gets

23  mad?

24         A.D.:  He just -- I never saw him, but I -- like, do

25  it to another boy, but I've saw him get mad at some -- well,

24

1   I've got a tickle in my throat.  That's weird.  I saw him get

2   mad at the boys before for some things that they do.

3          JENNIFER:  When you say "the boys," what boys?

4          A.D.:  My brothers.

5          JENNIFER:  Okay.  What happens when he gets mad at

6   your brothers?

7          A.D.:  Only -- I haven't -- I mean, like, I heard him

8   talk about it because they -- the boys were playing Fortnite

9   and it was, like, 1 in the morning.

10         JENNIFER:  Uh-huh.

11         A.D.:  They stayed up, like, they stayed up over the

12   night, and they're not supposed to, and they were screaming on

13   the mic.  And he came in -- because he was trying to hunt a

14   raccoon because it was killing our chickens.

15         JENNIFER:  Gotcha.

16         A.D.:  And he came in and he was like, "Shut up and

17   go to bed."

18         JENNIFER:  Okay.  Has your dad ever gotten mad at

19   you?

20         A.D.:  Yeah.

21         JENNIFER:  Tell me about that.

22         A.D.:  He just yells, and then he -- and then I try

23   and -- I say sorry, and he forgives really easily.

24         JENNIFER:  What kinds of things does he get upset

25   with you for?

25

1    A.D.:  Whenever I get in his way or something.

2    JENNIFER:  Anything else that you get in trouble for?

3    A.D.:  When I lied and I got a punishment, but my

4 punishment just got over today because my stepmom figured out

5 something, and I forgot she -- she said -- I'm like -- they

6 said my punishment is over because my stepmom started crying

7 because she was saying that she was, like, a bad stepmom and

8 stuff, and then I gave her a hug and she felt better.

9    JENNIFER:  Why do you think she would think she's a

10 bad stepmom?

11    A.D.:  Because she used to not be very nice to me.

12 Like, she would ignore me and stuff.  And I would -- and I --

13 even though she did that, I still loved her very much.  And

14 every single night, I would come and give her a hug and good

15 night and I would say "I love you," but she wouldn't.  But now,

16 today, she just started saying "I love you."  She kept saying

17 it and saying it and gave me hugs and --

18    JENNIFER:  Okay.  And what did you get in -- yeah, I

19 know you said you lied.  What did you lie about?

20    A.D.:  People being mean to me.  I just want people

21 to love me because I felt like -- I felt like people didn't

22 love me.

23    JENNIFER:  Tell me more about that.

24    A.D.:  It was just because people ignore me, and my

25 friends are being mean to me and stuff and I had no clue what

26

1  was going on and stuff.

2          JENNIFER:  What do you mean you had no clue of what

3  was going on?

4          A.D.:  It's because -- I went to Palm Point for

5  having suicidal thoughts, and when I came back, there's these

6  kids.  Everybody was being mean to me.  I had -- before I went

7  to Palm Point, I had told my friend that I was going there for

8  suicidal thoughts, and it was a bad idea.  And then, she

9  started telling everybody while I was away.

10         JENNIFER:  Okay.

11         A.D.:  And I had told her not to tell anybody, and

12 then she started telling everybody.

13         JENNIFER:  It doesn't sound like she was good friend,

14 huh.

15         A.D.:  Yeah.  And then, she started being mean to me

16 after that.  And she's still being mean to me about not playing

17 games with her and stuff, so I was over.  I didn't want to play

18 with her anymore.

19         JENNIFER:  Is that the same one that wanted you to

20 play Harry Potter with her or a different friend?

21         A.D.:  The same one.

22         JENNIFER:  Gotcha.  And what's her first name?

23         A.D.:  L.

24         JENNIFER:  L.

25         A.D.:  I know her full name, L.C.

27

1     JENNIFER:  How do you know L.?

2     A.D.:  From school.

3     JENNIFER:  Gotcha.

4     A.D.:  I've known her for a very long time.  Me and

5 her were, like, the best friends ever.  I remember her from

6 summer camp when I was very little, and then I know her from --

7 I known her all the way until this year.

8     JENNIFER:  Okay.  You said that you don't feel loved.

9 Tell me more about that.

10     A.D.:  It's because people ignore me and stuff.  And

11 then, like, people get mad at me, and I don't know what I do

12 wrong.

13     JENNIFER:  Okay.  Is there any times that your dad

14 gets mad at you?

15     A.D.:  He's more -- he's understands more about me.

16     JENNIFER:  What do you mean by that?  Tell me more

17 about that.

18     A.D.:  You know, he knows my problems and stuff,

19 like, that my ADHD and stuff.  I love my dad, and I don't know

20 where he is.  I don't know when he's coming back.

21     JENNIFER:  So, *A████, remember I told you my job is

22 just to talk to you, and right now, I don't know where your dad

23 is.  Okay?  So I can't answer that for you.

24     A.D.:  I know.

25     JENNIFER:  Okay?

28

1          A.D.:  Sorry.

2          JENNIFER:  I understand.

3          A.D.:  I don't even know what happened.  I don't even

4    know why the FBI just took him away.  I just woke up this

5    morning, and I just don't even know what happened.  I don't

6    even know what's going on.

7          JENNIFER:  Okay.

8          A.D.:  I don't know why I'm here.

9          JENNIFER:  Okay.

10         A.D.:  I don't even know what I did.

11         JENNIFER:  So remember I told you, you're not in any

12   trouble.  Okay?

13         A.D.:  I don't know why I'm here and I have to answer

14   these questions.

15         JENNIFER:  Okay.  So you told me that you like to

16   draw.  When you draw, where do you draw at?

17         A.D.:  At home.

18         JENNIFER:  At home.  Where at in your home?

19         A.D.:  In my room, at my desk.

20         JENNIFER:  In your room, at your desk?

21         A.D.:  Yeah.

22         JENNIFER:  Okay.  And do you draw anywhere else at

23   your house or just always in your room?

24         A.D.:  I draw just in my room.

25         JENNIFER:  Just in your room?

1      A.D.:  But today, I was drawing on the table with
2   Christine.
3      JENNIFER:  Okay.
4      A.D.:  And she was giving me hugs because -- and she
5   was saying everything is going to be okay, but I don't know
6   where my dad is.
7      JENNIFER:  Okay.
8      A.D.:  I don't know how are things supposed to be
9   okay when I don't know where my dad is.
10     JENNIFER:  When you draw in your room, is there
11  anybody else in there with you?
12     A.D.:  I'm always alone at my house.
13     JENNIFER:  Okay.  When you say you're always alone at
14  your house, what do you mean by that?  Tell me more about that.
15     A.D.:  Nobody hangs out with me.
16     JENNIFER:  Okay.  Where's your dad at when you draw?
17     A.D.:  In the room or at work.
18     JENNIFER:  When you say "in the room," what room?
19     A.D.:  In his room.
20     JENNIFER:  In his room?
21     A.D.:  Their bedroom.
22     JENNIFER:  Okay.  Or at work.  What does he do for
23  work?
24     A.D.:  He's a welder.
25     JENNIFER:  Gotcha.  And what about Christine?

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 30 of 58 PageID 435

30

1    Where's she at when you draw in your room?

2              A.D.:   In the room or working at Home Depot.

3              JENNIFER:   Gotcha.

4              A.D.:   And her office in the house.

5              JENNIFER:   Okay.   I think I asked you this, but I

6    don't remember what you said.   Do you draw anywhere else in the

7    house?

8              A.D.:   Yeah, you already asked me that.

9              JENNIFER:   Okay.   I don't remember what you told me.

10             A.D.:   I said that today, I was drawing with

11   Christine at the table.

12             JENNIFER:   That's right, at the table.   Have you ever

13   drawn at the table any other times?

14             A.D.:   (No audible response).

15             JENNIFER:   No?

16             A.D.:   Well, I remember having those little Cra-Z Art

17   dot blur do things.   I just got a free sample from Walmart.

18             JENNIFER:   Okay.   And where did you do that at?

19             A.D.:   On the table.

20             JENNIFER:   On the table?   Was there anybody else

21   there with you at the table?

22             A.D.:   No.

23             JENNIFER:   No?

24             A.D.:   Just people cooking dinner, and I -- my

25   brothers playing Fortnite and Minecraft and stuff.

31

1          JENNIFER:   Okay.

2          A.D.:   My brothers play it a lot.   They don't really

3     hang out with me that much.

4          JENNIFER:   Okay.

5          A.D.:   Sometimes they do.

6          JENNIFER:   Okay.   And when you say people were

7     cooking dinner, who was cooking dinner?

8          A.D.:   My dad and my stepmom.

9          JENNIFER:   Okay.   Did they cook dinner together?

10         A.D.:   (No audible response).

11         JENNIFER:   Every night or just that night that you

12    were doing the dots?

13         A.D.:   Some nights because when I -- when they argue

14    about stuff or they're -- or he's taking a shower from work --

15    from after work, yeah, she cooks alone.

16         JENNIFER:   Okay.   But that night, they were cooking

17    together?   Okay.   Tell me about where the kitchen table is and

18    the -- where the table is, sorry.   You didn't tell me it was in

19    the kitchen.   Tell me where the table is and where the kitchen

20    is.

21         A.D.:   So the table is right here and the kitchen is

22    right there.

23         JENNIFER:   Okay.   So it's, like, right next to each

24    other.

25         A.D.:   Yeah, it's like that.

Case 6:20-cr-00077-WWB-GJK    Document 64-3    Filed 11/13/20    Page 32 of 58 PageID 437

32

```
1          JENNIFER:  Okay.
2          A.D.:  And I was on this side.
3          JENNIFER:  Okay.  And your dad and Christine were in
4  the kitchen?
5          A.D.:  Yeah, they were in the kitchen, like, right
6  there where the sinks were, and sometimes there would be other
7  places, like the oven and all of that stuff right there.
8          JENNIFER:  Okay.  And you said that -- besides today
9  and that time, that's the only time you were at the table doing
10 art?
11         A.D.:  (No audible response).
12         JENNIFER:  Okay.
13         A.D.:  I don't remember anything else.
14         JENNIFER:  Okay.  You said that you have chickens in
15 your backyard.
16         A.D.:  Yeah.  We also bought baby chicks.  They used
17 to be tiny and yellow, but now they look like shrunken
18 chickens.
19         JENNIFER:  Gotcha.  What else is in your backyard?
20 Tell me about your backyard.
21         A.D.:  I have a swing.  My -- we used to have a
22 treehouse up there, but my dad took it down because -- I don't
23 know why.  We used to have -- well, I remember my brothers
24 digging a big hole, and they put -- they made a little fort,
25 but that got tooken down.  And now, the hold is full of chicken
```

33

1   poop and hay because they're using that hold for, like, a

2   compost pile or something.

3           JENNIFER:  Gotcha.

4           A.D.:  And then -- over in the hole is the only place

5   I can pick grass for the chickens because -- I don't know why.

6   So I -- all I do is feed the chickens, and I have a beetle farm

7   that I made this week with some beetles in it and stuff.

8           JENNIFER:  Okay.  So you have the chicken coop.  Is

9   there anything else in the backyard?

10          A.D.:  We have the pool.  We have a pool, and we have

11  -- my dad made a giant -- like, a tiki bar.

12          JENNIFER:  Okay.

13          A.D.:  He made that, and there's this broken up ramp

14  in the hole.  And -- the hole is in the corner, so -- our

15  backyard's, like, a square.  Hole's in the corner.  Chicken

16  coop is the other corner.  The house is, like, on this side.

17          JENNIFER:  Uh-huh.

18          A.D.:  And then, the porch and then the deck with the

19  tiki bar right there.

20          JENNIFER:  Okay.

21          A.D.:  And then, we have the other fence, which has -

22  - so this is the fence.  The tree right here, and then there's

23  other people back there with a dog.  And we have our dog named

24  Coco, and that dog and our dog play.  They sniff at each other

25  around the fence.

34

1          And then, there's also this other fence this way,

2     where the hole is and the chicken coop, and there's these

3     yapping little Chihuahuas every day.  And then, under the deck,

4     there's a snake.

5          JENNIFER:  Oh.  Has anything ever happened with

6     anybody in your backyard to where it involved a boy's booty or

7     a boy's pee part?

8          A.D.:  (No audible response).

9          JENNIFER:  No?

10         A.D.:  No.

11         JENNIFER:  Okay.

12         A.D.:  Well, my -- it was also the beach.  My

13    brothers were swimming in the pool naked.

14         JENNIFER:  Gotcha.

15         A.D.:  Like weirdos.

16         JENNIFER:  Okay.  Are you afraid you're going to get

17    anybody in trouble?

18         A.D.:  (No audible response).

19         JENNIFER:  Yeah?  Tell me about that.

20         A.D.:  Because I don't want to get anybody in trouble

21    because I don't --

22         JENNIFER:  Who would you get in trouble?

23         A.D.:  Like, my stepmom and my dad or my two

24    brothers.  I don't want to get anybody in trouble.

25         JENNIFER:  What would your stepmom get in trouble

1  for?

2          A.D.:  (No audible response).

3          JENNIFER:  You don't know?  What would you brother,

4  H., get in trouble for?

5          A.D.:  (No audible response).

6          JENNIFER:  What would you brother, T., get in trouble

7  for?

8          A.D.:  I don't know.

9          JENNIFER:  What about your dad?

10          A.D.:  I don't know.

11          JENNIFER:  You don't know?  You just don't want to

12  get them --

13          A.D.:  I think my dad's already in trouble because he

14  got tooken away somewhere.  I don't know why.

15          JENNIFER:  Okay.

16          A.D.:  I don't even know what he did.  All my dad

17  does is just -- he just sits inside his room and watch Youtube

18  and then go some places with us.

19          JENNIFER:  What kinds of things does your dad watch

20  on Youtube?

21          A.D.:  Like, how to make stuff.  Like, he likes to

22  build and, like, how to fix the boat because our boat is broken

23  down and we're about to sell it and get a pontoon.

24          JENNIFER:  Okay.  And when your dad watches Youtube,

25  what does he watch Youtube on?

1          A.D.:  His little phone that's cracked.

2          JENNIFER:  What does his phone look like?

3          A.D.:  His phone is just a -- I think either, like, a

4   black or gray phone, and it -- the whole entire front -- the

5   glass is all shattered because he threw it on the floor when he

6   got made with Christine.

7          JENNIFER:  Okay.  When your dad has his phone, does

8   he ever watch anything else on his phone?

9          A.D.:  Not that I know of.

10          JENNIFER:  Okay.  Is he ever doing anything else with

11   his phone besides watching Youtube videos?

12          A.D.:  Texting to his boss, Rue (phonetic) --

13          JENNIFER:  Okay.

14          A.D.:  -- about work.

15          JENNIFER:  Okay.

16          A.D.:  And he takes a lot of showers.

17          JENNIFER:  He takes a lot of showers?

18          A.D.:  Because he's stinky.

19          JENNIFER:  He's stinky, okay.  Is there any times

20   that your dad has his phone at the table where you draw at?

21          A.D.:  I don't know.

22          JENNIFER:  You don't know?  Okay.  What about when

23   you're drawing at your desk?  IS there any times that your

24   dad's in there with his phone when you're drawing at your desk?

25          A.D.:  When I'm drawing at my desk, my -- I don't

37

1   know.  So -- I don't know most things.  I forget a lot.

2          JENNIFER:  Okay.

3          A.D.:  My dad sometimes will come in my room and talk

4   to me about stuff in my room.  He'd be like, oh, what's this,

5   what's this, and I'll tell him about it.  It just makes me

6   happy because I like talking to my dad.

7          JENNIFER:  Gotcha.  What other kinds of things do you

8   talk about with your dad?

9          A.D.:  About my day and my beetle farm and how

10  they're doing because I think my beetle farm right now is

11  getting raided by ants because I haven't checked them.  I

12  haven't checked them for water and made sure that they're safe.

13         JENNIFER:  Gotcha.

14         A.D.:  I guess my beetles are dead right now because

15  I was supposed to put them up somewhere safe, but I put them

16  right by an ant pile, and now they're probably getting raided.

17         JENNIFER:  Gotcha.

18         A.D.:  Those things better hide.

19         JENNIFER:  Do you know what secrets are?

20         A.D.:  (No audible response).

21         JENNIFER:  What are secrets to you?

22         A.D.:  Things you don't tell anybody.

23         JENNIFER:  Okay.  Do you have any secrets?

24         A.D.:  I don't keep any.

25         JENNIFER:  Has anybody ever asked you to keep a

38

1  secret?

2       A.D.:  My friend, but I don't -- I never promised to

3  keep it.  I never promise to keep a secret.

4       JENNIFER:  Okay.  What about in your house?  Has

5  anybody in your house ever told you to keep a secret?

6       A.D.:  (No audible response).

7       JENNIFER:  Did anybody ever tell you that you would

8  get in trouble for telling somebody something?

9       A.D.:  (No audible response).

10       JENNIFER:  No?  Are you afraid of anyone?

11       A.D.:  (No audible response).

12       JENNIFER:  Who are you afraid of?

13       A.D.:  People I don't know.

14       JENNIFER:  Are you afraid of me?

15       A.D.:  (No audible response).

16       JENNIFER:  No?  Okay.  Because I don't know you.  We

17  just met, right?

18       A.D.:  Yeah, when I saw -- I saw a lady when I was

19  sitting out there with my stepmom, Christine.  I saw a lady

20  come in, and I was kind of afraid of her because I didn't know

21  her.

22       JENNIFER:  Okay.

23       A.D.:  I'm kind of shy when I meet new people.

24       JENNIFER:  I understand that.  You said that you, in

25  the past, have been to Palm Point because you had suicidal

1   thoughts.  Do you have any thoughts to harm yourself today?

2             A.D.:  No.

3             JENNIFER:  How would you --

4             A.D.:  I feel happy right now because me and my

5   stepmom have a relationship, but I still am kind of sad because

6   I don't know where my dad is.

7             JENNIFER:  What's your relationship like with your

8   dad?

9             A.D.:  Very, very good.  We have a big relationship.

10            JENNIFER:  Okay.  What kinds of things do you and

11  your do?

12            A.D.:  Take walks, and I remember taking a walk with

13  him and finding the tiniest snake ever.  It was, like, this

14  small.

15            JENNIFER:  Uh-huh.

16            A.D.:  It was so tiny, and it was a little baby.  And

17  I picked it up, and it was slithering all around my hand like a

18  little worm.

19            JENNIFER:  Okay.

20            A.D.:  I wanted to keep it, but I put it down

21  instead.

22            JENNIFER:  When you guys go on walks, where do you

23  go?

24            A.D.:  Nowhere.  We just walk around the block.  I

25  remember one time we did walk, and I went to the store and got

40

1    some candy corn.

2            JENNIFER:  Okay.  What else do you and your dad like

3    to do?

4            A.D.:  Talk.

5            JENNIFER:  What do you guys talk about?

6            A.D.:  My day and stuff.

7            JENNIFER:  Okay.

8            A.D.:  And, like, stuff that he doesn't know about my

9    room.

10            JENNIFER:  Has your dad ever told you that you can't

11    tell people things?

12            A.D.:  (No audible response).

13            JENNIFER:  No?  Okay.  You said that your dad and

14    Christine sometimes fight.  Tell me about that.

15            A.D.:  They fight.  It's always my fault.

16            JENNIFER:  Why do you think it's your fault?

17            A.D.:  Because I say something to my dad that

18    Christine doesn't like, and then she starts talking to him

19    about stuff.

20            JENNIFER:  Tell me more about that.  Like --

21            A.D.:  And then, they fight and they don't -- and

22    then, she sleeps on the couch or he sleeps on the couch.

23            JENNIFER:  Okay.

24            A.D.:  And then, the next morning, they're happy

25    again.  But I don't think that'll be happening anymore because

41

1    me and Christine are having a big relationship right now, and I

2    -- everything's going to be okay, and that's all that matters.

3            JENNIFER:  Okay.  Was there any times that your dad

4    slept in your room?

5            A.D.:  No.  I have a tiny bed.  He's -- he cannot

6    even fit on that bed.

7            JENNIFER:  Okay.

8            A.D.:  It's so tiny.

9            JENNIFER:  Is there any times that you slept in your

10   dad's room?

11           A.D.:  (No audible response).

12           JENNIFER:  No?  Because earlier when we talked, you

13   said sometimes you go in there when you have nightmares and

14   stuff.

15           A.D.:  No.  I decided to go in there and tell him

16   about having nightmares, and then he tells me that -- he tells

17   me to breathe or pray.

18           JENNIFER:  Okay.  Okay.

19           A.D.:  My hands are slimy from sweat.

20           JENNIFER:  Do you know if anybody takes medicine?

21           A.D.:  Me?

22           JENNIFER:  Yeah?  What do you take medicine for?

23           A.D.:  For my ADHD, my depression, and for me to go

24   to sleep good.  I have melatonin, guanfacine, and Zoloft.

25           JENNIFER:  Okay.

42

1          A.D.:  I take four pills.

2          JENNIFER:  And who gives you your medicine?  Like, at

3    your house.

4          A.D.:  Stepmom.

5          JENNIFER:  Your stepmom?  Okay.  And do you take that

6    in the morning, at night, or something else?

7          A.D.:  Night and morning.

8          JENNIFER:  So you take it --

9          A.D.:  I take half of two different types of pills,

10   and at night, I take a little -- I take two circle white pills,

11   one big one, and one small one.  The big one is melatonin, and

12   the small one is, like -- I think -- I don't know.  I think

13   it's, like, Zoloft or guanfacine or something.

14         JENNIFER:  Okay.  What about your dad?  Does he take

15   any medicine?

16         A.D.:  His leg pills and stuff.  Some other medicine

17   I don't know.  I know he does take medicine, but I don't know

18   what types and stuff.  My stepmom does.  My brothers don't.

19         JENNIFER:  Okay.  What's beer to you?

20         A.D.:  Disgusting stuff.

21         JENNIFER:  What does somebody do with beer?

22         A.D.:  Tell me to try it.

23         JENNIFER:  Tell me about that.

24         A.D.:  My -- I think it was my real mom once, and she

25   was -- she gave me a sip, and I didn't like it.

43

1        JENNIFER:  Okay.  Do you know anybody else who sips

2   beer?

3        A.D.:  I think this -- my brother, T.'s -- my

4   brother, T.'s, dad.

5        JENNIFER:  Okay.  What about at your house?

6        A.D.:  My stepbrother, T.'s, dad.  No.  Wait, my dad

7   does.

8        JENNIFER:  Okay.

9        A.D.:  He just drinks one bottle a day, so it's good.

10       JENNIFER:  Okay.

11       A.D.:  My mom, on the other hand, she drinks a whole

12  bunch of bottles and gets drunk.

13       JENNIFER:  Okay.

14       A.D.:  That's what I remember when I'm -- what's what

15  I remember when I was little because she would come home after

16  a party and stuff and then be all wobbly and then fall and talk

17  weird.

18       JENNIFER:  Okay.

19       A.D.:  And I would be scared of her.

20       JENNIFER:  Is there any times that your dad talks

21  weird or is wobbly?  No?

22       A.D.:  Well, I remember waking up one night and I

23  hear -- I was hearing my stepmom.  She was like, "Get inside

24  the room.  Hide.  Get inside the room," and my dad was like,

25  "Uh-huh."  He was talking weird and stuff, and I didn't know

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 44 of 58 PageID 449

44

1   what was happening, so I just went right back to sleep.

2          JENNIFER:  Is there any other times that something

3   has woken you up at night?

4          A.D.:  Coco barking, my dog.  Because he barks

5   because his legs hurt, but he's probably faking it because he

6   can get up when -- it was -- I think it was today and some

7   other days because when I was getting left home because -- it

8   was yesterday when I was -- when I got left home because my

9   parents had to go to Walmart.  He -- our dog, Coco, just kept

10  getting right up, and then when the FBI were here, they were

11  petting my dog and -- they were petting Coco and stuff, saying,

12  "Oh, you're a good puppy," and then he would just get right up.

13  But he's about to die soon.  He would just get right up and

14  just walk over to them.  And I'm like, "Such a faker, Coco."

15         JENNIFER:  You talked about that you were left at

16  home the other day when they went to Walmart.  Is there any

17  times that you're left at home with just you and your dad?

18         A.D.:  Yeah.

19         JENNIFER:  Yeah?  Tell me about that.

20         A.D.:  It's when my stepmom was fighting with him,

21  and she takes my brothers out to the beach and stuff, and then

22  I'll be left home with him.

23         JENNIFER:  And what kinds of things do you do with

24  your dad when you're left at home with him?

25         A.D.:  Nothing except for sit inside my room and read

45

1    --

2          JENNIFER:  Okay.

3          A.D.:  -- and be bored.

4          JENNIFER:  Okay.  Is there any times that your dad's

5    in there with you when you're reading?

6          A.D.:  Not -- he would be in there, but when I'm not

7    reading, and he would just -- same exact thing, talking about

8    my day and the stuff in my room.

9          JENNIFER:  Okay.  Is there any times that your dad

10   asks you to do anything to him?

11         A.D.:  No.

12         JENNIFER:  No?  Okay.

13         A.D.:  Except instead for -- well, I would ask if he

14   can feel in his hands, and I would touch his hand, and he'd

15   say, "I can't feel," because he has broken his fingers or

16   something and he can't feel anything on his hands.

17         JENNIFER:  Okay.  Did he ever ask you to touch

18   anywhere else on his body or just his hands?

19         A.D.:  He didn't ask me to touch his hands.  I asked

20   if I can touch them to see if he can feel.

21         JENNIFER:  Okay.

22         A.D.:  So I touched, and he was like, he can't -- he

23   said, "I can't feel it."

24         JENNIFER:  Have you ever asked to touch him anywhere

25   else on his body?

46

1              A.D.:  No.

2              JENNIFER:  No?  Okay.  I'm going to take a quick

3    break just to kind of clear my head a little bit and make sure

4    there's no other questions I need to ask you.  Will you hang

5    out right here for me?

6              A.D.:  (No audible response).

7              JENNIFER:  Okay.  Be right back.  I have some crayons

8    and paper.  Do you want to color while I'm gone?

9              A.D.:  I'm kind of hungry.

10             JENNIFER:  I don't have anything right now.  Give me

11   a couple minutes, and I'll be right back.  Okay?

12             A.D.:  Do you have any crayons and stuff I can --

13             JENNIFER:  Yeah.  I guess the crayons are gone.  Let

14   me go grab you some crayons real quick, okay?  Make sure

15   they're -- I'll be right back and get you some crayons, okay?

16             A.D.:  Okay.

17             White paper.  So blank and so white and so pretty.  I

18   can't see a single thing on it.  Ooh, now I do.  I see a dot.

19             JENNIFER:  Here you go.

20             A.D.:  I was talking about how blank this piece of

21   paper was and I couldn't see a dot on it.  Can I keep these

22   papers?

23             JENNIFER:  Yeah.

24             A.D.:  So when I go home, I can actually have

25   something -- I can actually have blank paper.

47

1        JENNIFER:  Absolutely.

2        A.D.:  Thank you.

3        JENNIFER:  Uh-huh.

4        A.D.:  Black.  No, that's purple.  Tree.

5    (Pause)

6        A.D.:  Bouncy.  Bouncy, bouncy, bouncy, bouncy,

7 bouncy, bouncy.

8        JENNIFER:  How you doing?

9        A.D.:  Good.

10        JENNIFER:  Ooh, tell me about your picture.  What --

11        A.D.:  Just the original picture I always draw.

12        JENNIFER:  What is that you're coloring right there?

13        A.D.:  It's a bush.

14        JENNIFER:  It's a bush.  And what are those things in

15 the middle of your picture?

16        A.D.:  The blobs?  Those are clouds.

17        JENNIFER:  Clouds, okay.  So, *A███, I have some

18 questions for you, but it's about stuff that we've already

19 talked about.  Okay?  Earlier when we were talking, you said

20 that you're no longer grounded.

21        A.D.:  Uh-huh.

22        JENNIFER:  And that you're grounded -- it got lifted.

23        A.D.:  Uh-huh.

24        JENNIFER:  And you got in trouble because you had

25 lied.

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 48 of 58 PageID 453

48

1          A.D.:  Uh-huh.

2          JENNIFER:  But you said that Christine told you that

3 she has been a bad stepmom and something else.

4          A.D.:  Like, she was saying stuff about, like, she

5 didn't know and stuff and all kind of different stuff and just

6 stuff.

7          JENNIFER:  What kind of stuff did she not know about?

8          A.D.:  I don't know.  I just heard a little bit of

9 it.  I was trying to get -- I didn't -- I just -- I was

10 coloring, so I only hear a little bit.

11          JENNIFER:  What'd you hear?  Tell me about that.

12          A.D.:  Just stuff.

13          JENNIFER:  What kind of stuff?

14          A.D.:  Like -- just, like, I only hear a little bit

15 of words, like "sad" and, like --

16          JENNIFER:  Who did it have -- who was it about, what

17 you heard?

18          A.D.:  About me.

19          JENNIFER:  Okay.

20          A.D.:  How she -- I don't know.  I wasn't really that

21 -- I wasn't really -- I just -- I forgot.  I just don't know.

22 I forgot about this stuff.  I was just -- they told me to go on

23 my own, and then I was just coloring and stuff, so --

24          JENNIFER:  You forgot you didn't want to tell me or

25 you forgot because you don't remember?

49

1      A.D.:  I don't remember.

2      JENNIFER:  Okay.

3      A.D.:  I wasn't really listening, which is a good

4  thing because I just wanted -- I was supposed to color and just

5  not listen to what was going on.

6      JENNIFER:  And who was talking to Christine when you

7  heard those things?

8      A.D.:  The Sasha person.

9      JENNIFER:  Okay.  Did you hear anything else when

10  they were there?

11      A.D.:  No.  I was just coloring.

12      JENNIFER:  And where were you at coloring?

13      A.D.:  On the table where they were at.

14      JENNIFER:  Okay.  And where were they talking with

15  Christine at?

16      A.D.:  On the table.

17      JENNIFER:  So you guys were all at the table?

18      A.D.:  Uh-huh.

19      JENNIFER:  And you didn't hear what they said?

20      A.D.:  Only just -- I don't know what she was talking

21  about.

22      JENNIFER:  Okay.

23      A.D.:  I was just coloring.

24      JENNIFER:  Remember when we first started to talk and

25  I told you to tell me everything about your last birthday and

50

1   you said you don't celebrate birthdays and that you have -- you

2   can't play Harry Potter because of your religion.  Tell me more

3   about that, about your religion.

4          A.D.:  I don't really like to talk about it that

5   much.

6          JENNIFER:  What do you mean?

7          A.D.:  It's -- I feel like people don't like it and

8   they judge it.

9          JENNIFER:  Well, I'm not here to judge you.

10         A.D.:  It's like --

11         JENNIFER:  My job is just to talk to you.

12         A.D.:  We're Jehovah Witnesses and stuff.

13         JENNIFER:  You're Jehovah Witness.  Okay.  What is --

14         A.D.:  My stomach's starting to hurt because I'm

15   feeling stressed.

16         JENNIFER:  Why are you stressed?

17         A.D.:  Because I'm not -- I don't really like to talk

18   about my life.  Because I don't know you, so I don't really

19   like to talk about my life.

20         JENNIFER:  I understand that because we just met

21   about an hour and a half, maybe two hours ago.  So I understand

22   that.  But like I told you, my job is to talk to kids about a

23   lot of different things, okay?

24         So tell me more about your religion.

25         A.D.:  Just original stuff like going to learn about

51

1   it, and then --

2             JENNIFER:  What kind of things does it teach you?

3             A.D.:  About the new system and stuff.

4             JENNIFER:  Okay.

5             A.D.:  New system means, like, the end of the world,

6   which is about to happen soon, and we're all going to go to a

7   place called paradise, where it's going to be happiness and

8   there's not going to be any death and stuff.

9             JENNIFER:  Okay.

10            A.D.:  But nobody believes me except for the Jehovah

11  Witnesses.

12            JENNIFER:  Okay.  What is -- does your religion say

13  anything about your relationship with your stepmom?

14            A.D.:  No.  It --

15            JENNIFER:  Like, how it should be?

16            A.D.:  No, it doesn't -- it doesn't talk about how --

17  it doesn't talk about that stuff.  It just talks about the --

18  back then.

19            JENNIFER:  Back then?

20            A.D.:  Yeah.

21            JENNIFER:  Okay.  And what does it say about a

22  husband and wife?  How should their relationship be?

23            A.D.:  It doesn't say.

24            JENNIFER:  Okay.

25            A.D.:  It's -- the only thing I know is that it says

52

1  that men should not hate themselves for being -- for not being

2  nice.  They shouldn't hate themselves.  They should, like, be

3  good and stuff.

4         JENNIFER:  Okay.  So they shouldn't hate themselves?

5         A.D.:  Yeah.  For -- because Jehovah, our god, he

6  says that people shouldn't be mean to other people and that --

7  and he forgives easily anybody in the world.

8         JENNIFER:  Is there anything that Jehovah should

9  forgive you for?

10         A.D.:  For lying.

11         JENNIFER:  For lying.

12         A.D.:  And I pray to him a lot, and then now, I know

13  -- and now that -- I was telling him to please give me another

14  chance and stuff, and now I'm off my -- I'm off this, and now

15  I'm going to change everything.  I'm going to make everything

16  good again.

17         JENNIFER:  Okay.  How would you make things good?

18         A.D.:  I'm going to try and get a better relationship

19  with my stepmom, and I'm going to do better than I did before

20  because even, like, not lying and stuff.

21         JENNIFER:  Okay.  What about is there anything that

22  Christine should be forgiven for?

23         A.D.:  I don't know.

24         JENNIFER:  What about your dad?  Is there anything

25  that your dad should be forgiven for?

Case 6:20-cr-00077-WWB-GJK   Document 64-3   Filed 11/13/20   Page 53 of 58 PageID 458

53

1          A.D.:  I don't know.

2          JENNIFER:  Has your dad ever told you that you can do

3     something because of you religion?

4          A.D.:  I can't do something because of my religion?

5          JENNIFER:  Uh-huh.

6          A.D.:  I'm not allowed to do holidays.

7          JENNIFER:  Okay.

8          A.D.:  Except for Thanksgiving, but I'm not allowed

9     to do the thanking part because not Jesus -- it says that --

10    not in just one day we're allowed to thank -- we're allowed to

11    be thankful.  We could be thankful any day.

12         JENNIFER:  Gotcha.  And what about your religion?

13    Has it ever told you that -- has your dad ever told you that

14    you can do something because of your religion?

15         A.D.:  Not that I know of.

16         JENNIFER:  Okay.  And what about your relationship

17    with your dad?  I know you said it was a great relationship.

18    What does Jehovah -- or what does -- what did you say the god

19    was?  I'm sorry.

20         A.D.:  Jehovah.

21         JENNIFER:  Jehovah.  I thought that's what you said,

22    but I just want to make sure.  What does Jehovah say about a

23    relationship with you and your dad?

24         A.D.:  I don't know.

25         JENNIFER:  You don't know?  Has anybody ever talked

54

1   to you about your relationship with you and your dad?

2          A.D.:   I know -- all I know is that my dad loves me

3   no matter what.   I thought when I -- I thought since I lied

4   that he was mad at me and he didn't love me anymore, but then

5   he said, "That's dumb.   Why would I not love you because you

6   did one -- because you just lied?"

7          JENNIFER:   And who told you that?

8          A.D.:   He said, "I always will love you."   It was my

9   dad.

10          JENNIFER:   Okay.

11          A.D.:   It was when we were left alone.   I told him

12   that.

13          JENNIFER:   When were you left alone?

14          A.D.:   Or not left alone.   I was left with my dad.

15          JENNIFER:   Okay.   And you told him that then?

16          A.D.:   Yeah.

17          JENNIFER:   Did anything else happen when you were

18   left alone with your dad?

19          A.D.:   I just told -- I was crying because I was

20   stressed out about my punishment, and I just wanted to get off

21   of it.   And he said, I'm going to have to take the punishment,

22   and now I don't have to because, I mean, I'm off of it now.

23          JENNIFER:   Okay.

24          A.D.:   And everything's going to be better, and I

25   know that for sure because Christine's -- me and Christine are

55

1 having a really big relationship, and everything's going to be

2 okay.

3         JENNIFER:  Has your dad ever had you have punishment

4 any other times?

5         A.D.:  When I was taking toys to school and I was not

6 supposed to.

7         JENNIFER:  Okay.

8         A.D.:  He burnt one of my stuffed animals for doing

9 it, and I didn't like that.  I'm sorry if I --

10         JENNIFER:  That's okay.  That's okay.  I have stuff

11 that will make it come off.

12         A.D.:  At least I have wet fingers.

13         JENNIFER:  Has your dad ever had -- have you had

14 punishment for anything else?  Has your dad ever told you that

15 you would get punishment if you didn't do something?

16         A.D.:  Not that I know of.

17         JENNIFER:  Okay.  Is there anything else you want to

18 tell me that we didn't talk about?

19         A.D.:  (No audible response).

20         JENNIFER:  What are you going to do when you leave

21 her?

22         A.D.:  (No audible response).

23         JENNIFER:  You don't know?  Okay.

24         A.D.:  Probably going to do my schoolwork and go see

25 dad.  I don't know what I'm going to do.  I don't know what's

56

1  going to happen.  I don't know.

2          JENNIFER:  Okay.

3          A.D.:  I don't know really.  I don't know really

4  anything.

5          JENNIFER:  Okay.  Well, thank you very much for

6  talking to me.  You ready to head out there?

7          A.D.:  Yeah.

8          JENNIFER:  Okay.

9          A.D.:  I just want to make this pretty real quick.

10          JENNIFER:  Okay.

11          A.D.:  Maybe I'll make a tropical rainforest.  Okay.

12          JENNIFER:  Okay.  And you can take all those with

13  you.  Okay?

14          A.D.:  Okay.  I'm going to put these crayons up.

15          JENNIFER:  Okay.

16          A.D.:  I have colored pencils in my --

17          JENNIFER:  In your box?

18          A.D.:  Yeah.

19          JENNIFER:  Yeah?

20          A.D.:  And one night when I was punished, I got -- I

21  wasn't allowed to have banana bread, but I had banana bread.

22          JENNIFER:  How'd you get banana bread?

23          A.D.:  She was making -- my stepmom -- well, it was

24  my -- one of my friend, A.'s, mom came with -- and she lives,

25  like -- this is our house right there, and she lives -- their

57

1   house lives -- they're right there.  And so they walked over to

2   our house, and they brought some -- like, a big box of bananas,

3   and then she made banana bread.

4            JENNIFER:  Who made banana bread?

5            A.D.:  My stepmom.

6            JENNIFER:  Gotcha.

7            A.D.:  And it's really good.

8            JENNIFER:  Okay.  But you said your dad told you you

9   couldn't have banana bread, so how did you get banana bread?

10           A.D.:  I'm not in trouble anymore.

11           JENNIFER:  Oh, okay.

12           A.D.:  It wasn't my dad that told me.  It was my

13  stepmom.

14           JENNIFER:  Oh.

15           A.D.:  Because I wasn't allowed to have anything

16  extra.

17           JENNIFER:  Okay.

18           A.D.:  But now, I had banana bread with the chocolate

19  in it.

20           JENNIFER:  Got ya.

21           A.D.:  Nobody has banana bread with the chocolate in

22  it.  I was the first one who did, I think.

23           JENNIFER:  And that's because you're not on

24  punishment anymore.

25           A.D.:  Yeah.

58

1          JENNIFER:  And you're not on punishment because --

2          A.D.:  I don't know why.

3          JENNIFER:  Okay.

4          A.D.:  Probably because -- oh, I remember what she

5  said.  She said that she found out a lot of stuff.

6          JENNIFER:  And what was that stuff that she found

7  out?

8          A.D.:  No.  She wasn't talking to me.  She was

9  talking to one lady.

10         JENNIFER:  Okay.

11         A.D.:  Do you want your crayons?

12         JENNIFER:  Thanks.  I'll just leave them right here.

13  All right.

14                        *  *  *  *  *

15

16              **C E R T I F I C A T I O N**

17         I, ALICIA JARRETT, court approved transcriber,

18  certify that the foregoing is a correct transcript from the

19  official electronic sound recording of the proceedings in the

20  above-entitled matter, and to the best of my/our ability.

21

22  /s/ Alicia Jarrett

23  ALICIA JARRETT

24  J&J COURT TRANSCRIBERS, INC.        DATE: November 12, 2020

25

**WWW.JJCOURT.COM**