

The Dawson's family portrait. The family moved because of the turbulent relationship between their mother and father. The kids experienced verbal and physical abuse.



Mr. Dawson, brother, Erik, and their father. Unfortunately, Mr. Dawson and his father have not had contact in years. Mr. Dawson wishes things could be different between them.



Mr. Dawson, Erik, and their friend outside riding skateboards. Mr. Dawson has always loved nature and being outside.



Mr. Dawson and Christine met in 2016, after several failed relationships on both sides, they found true love in each other.

The Dawson's and children on their wedding day June 2020.





Mr. and Mrs. Dawson love being involved in their children's lives. This picture was taken while hiking as a family.



Mr. Dawson with his children and step-children enjoying a bike ride.

Mr. Dawson teaching his son, K, how to build and construct.





Mr. Dawson built a treehouse for his children in the backyard of their house.



Mr. Dawson braiding A's hair. He was granted full-custody of A and K after his divorce from their mother.

Mr. Dawson sharing treats with his granddaughter.





Mr. Dawson is a Jehovah's Witness. He enjoys fellowshipping with the men's group.