# Jennifer M. Rohrer, Ph.D.

Licensed Psychologist (FL & GA)
Licensed Clinical Psychologist (VA)
Clinical and Forensic Psychology
813.393.0449
dr.rohrer@capitalpsychology.net

## Confidential Psychosexual Evaluation

March 15, 2021

Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK

Dear Mr. Kamalzadeh:

At your request, I conducted a confidential psychosexual evaluation of Mr. Edgar John Dawson, Jr., a 47-year-old (DOB:            ), White male, regarding his charges of Sexual Exploitation of Children (2 counts), Criminal Forfeiture in Violation of Exploitation of Minors, and Criminal Forfeitures.

Mr. Dawson was evaluated on 8/31/20 and 3/2/21 at the Orlando County Jail. The second session was conducted by telephone.

**Sources of Information:**



**Notification of Rights:** Prior to proceeding with the interview, Mr. Dawson was advised of its nature and purpose, the extent to which information obtained could be used, and of his rights to withhold such information, consult with his attorney, and terminate the examination at any time that he chose. Verbalizing an agreement of his rights, Mr. Dawson agreed to participate.

**Relevant Background Information:** Background information was obtained from available records; Mrs. Dawson; and Mr. Dawson, who appeared to be a reliable historian for the purpose of the evaluation. I left a voicemail for Mr. Dawson's mother but did not receive a call back from her prior to submission of this report.

B

Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21

2



Educational History: Mr. Dawson reported that he withdrew from the 11th grade in school, where he had been enrolled in some special education classes due to having changed schools frequently due to his parents' separations. He noted that he "never adapted" to school until the family moved to Florida at age 11. He stated that he repeated the 2nd grade and denied a history of disciplinary action in school.

Employment History: According to Mr. Dawson, he has worked since age 15. At the time of his arrest in this case, Mr. Dawson had reportedly been working as a welder since October 2018. He stated that he previously worked at the Brevard Zoo from 2012 to 2018,

Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21

3

resigning after he found a job that paid more money. Mr. Dawson reported that he previously worked at a concrete plant from 1995 to 2012, at which time, he was laid off. He denied that he was terminated from any position and further denied having ever applied for disability benefits.



Substance Use History: Mr. Dawson reported that he consumed alcohol about 2 times per week, having about three drinks on each occasion. He denied use of any illicit substance and further denied a history of substance abuse treatment.

Criminal History: According to Mr. Dawson, he was arrested for the offense of Petit Theft in Brevard County, Florida and subsequently completed a diversion program.

**Telephone Interview with Mrs. Dawson:**

Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21

4



Collateral Information:

Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21

5

**Mental Status Examination and Behavioral Observations:**

**Psychological Assessment:**

Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21
6



**Risk for Sexual Reoffending:**

| CPORT Items | Score |

B

Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21

7



Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21
8



**Summary and Conclusions:**



Re: *United States of America v. Edgar John Dawson, Jr.*
Case No.: 6:20-cr-00077-WWB-GJK
Date of Evaluation: 8/31/20 & 3/2/21
Date of Report: 3/15/21
9



Thank you so much for this referral. If further information and/or clarification indicated, please feel free to contact me.

Respectfully submitted,

*Jennifer M. Rohrer*

Jennifer M. Rohrer, Ph.D.
Licensed Psychologist