# Letters of Support

The Honorable Berger
401 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

My name is Christine Dawson and I'm writing in support of my husband, Edgar John Dawson, who was arrested on May 7th, 2020 on charges of child pornography. I am writing on behalf of Edgar John Dawson who will be appearing before you for sentencing.

I am Edgar John Dawson's wife. I am a mother of 2 biological children of my own. My eldest is Haven Hughes 22-year-old daughter, who is married with a daughter of her own and a stepson. She has given me the blessing of being Lolly, a grandmother. My youngest is A████ V████████ 13-year-old son. I am also a stepmom and legal guardian to Edgar John Dawson's 2 children, H████ D████ 15-years-old, and A████ D████ 12-years-old. I am employed at Home Depot as a customer service representative and Modivcare, I work from home. I previously worked for a chiropractor's office for 7 1/2 years, as an assistant manager but left in March 2019 to be at home with the children. The most important job to me is being a mom. I am an involved mom who always volunteers going on field trips, helping through school and life. I love spending time with the children and doing things they enjoy. I have been through a lot in my life. I suffer from anxiety from the trauma I experienced. I am a dedicated, caring and loving person who puts my loved one's first, especially my children and husband.

Ed and I met in June 2016. He is a funny, caring and amazing father which caught my eye right away. We hit it off immediately. We both had children around the same age and loved being involved with our children. We enjoyed taking them fishing, trips to the park and the beach. We were active and involved. I loved and admire the family man he is. He had all the qualities I was looking for in a man. He is loving, sensitive, with good morals, refrained from cussing, a Jehovah's Witness, active, protective, honest, family orientated and romantic. He loved to send me songs about how much he loved me and text messages everyday on what a wonderful person I was. I knew he was who I wanted to marry and spend my life with. In my previous failed relationships, I dealt with abuse, cheating and lying. We married on June 1st, 2020. It was a wonderful day, marrying my best friend. Throughout our relationship and marriage, a day did not go by in which he did not tell me he loved me and how special I was. I also fell in love with the fact he looks at my children as his own. He loves them and treats them amazingly. He is an amazing Pop (grandpa) to my daughter's kids; they love pop so much. My son has looked up to him as a loving father figure. He has taught my son about being a good man. From working to repairing a car, welding and how to treat a wife. My daughter longed for a father figure that would treat her as his own, and Ed fulfilled that desire. Ed works hard to provide for his family. After work, he would come home to help cook dinner and clean the kitchen. He helped with laundry if needed. He supports and comforts me with all my anxiety. He would help others in need. If you need help, Ed was there. He is handy and intelligent. He can fix pretty much anything and if he couldn't, he

would figure it out. One of the best qualities is he had the gift of making people laugh. Wherever he went, he brought happiness.

Ed was ███████████████████████████████ because he was diagnosed with ██████████████████████. While taking ████████████████████████, Ed experienced changes in his behavior mentally and emotionally. He would tell me the medicine was eating his brain, he was hallucinating, became suicidal, depressed, sad, non-emotional and addicted to a pokeman game. His sexual behavior changed with us. He started wanting do things that were out of the normal for us.  He became very disconnected. He was becoming someone I didn't recognize. I was scared for him and our relationship.  I had reached out to his brother (Erik) I was so concerned.

In my heart and just watching what the medication caused, that Ed being off the medication he will return to being the same husband and father he'd always been. My hope for Ed is he is provided the chance to prove the current charges against him, does not define who is. I hope that he can receive counseling and believe he needs it with the trauma he has been through in his life. .  He is not the person he was while on the medication. Given the chance, he will return to being the productive, hard-working, amazing husband, father and citizen he's always been.

I understand that the charges against him are very serious and I do not condone his behavior. I would not stand by Ed if I had any doubt that this was the medication that changed him. I know in my heart this is not who Ed is as a person. I truly love my husband and stand by him.

Thank you so much for taking the time to read this letter.

Respectfully Yours,

*Christine Dawson*

Christine Dawson

The Honorable Berger
401 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

My name is Erik Dawson and I am writing on behalf of my brother, Ed Dawson who will appear before you for sentencing.

 I am Edgar Dawson's biological brother. I am self-employed, married and have six children. I have five daughters and a son. Most of my life I grew up in Cocoa Beach, Florida. I am a Jehovah's Witness and attend service every week. I am a family-oriented man and enjoy creating life moments with my family.

My brother and I spent our childhood years in New Jersey, where we lived in a farmhouse with our parents. The farmhouse we grew up in did not have AC or heat. During the winter, we would have to huddle together to keep warm. The temperature inside the farmhouse was so cold we could see our breaths. We were poor. Our parent's relationship was very turbulent. There was verbal abuse, a lot of yelling and fighting between my parents which resulted in being taken out on my brother and I. My mom was a physical disciplinary, she did not spare the rod. My mom spent a lot of time with other men. We moved a lot, between the ages of 1 to 9 we moved about 5-6 times, I recall attending 3-4 elementary schools. Ed is older than me and ended up failing a grade. He was always involved in a lot of fights, not sure why, but that's just how he was. Our living conditions were unstable because my parents moved back and forth. My parents provided the necessities, but that was the extent of their attention towards my brother and I. Both of our parents worked, my dad was a truck driver. My mother and father worked full-time, and after school we were left unsupervised till the evening time. During these unsupervised times, my brother and I discovered pornography. Our father was addicted to pornography. There were magazines with sexually explicit images left all around the house, from the living room to the bathroom. He also had video tapes. During the weekends, while my mom was at work, my dad would lock my brother and I out of the house so he could watch porn all day. Unfortunately, because my brother and I were exposed to pornography at such a young age, it influenced us as adults and in our relationships. We experienced with sexual things and women at a young age because we did not have any supervision or rules to follow. We were left to fend for ourselves. Around the age of 14, our parents could not handle my brother and I, so we were kicked out of both our parent's homes. We did not have anywhere to stay. I ended up couch surfing from a friend's house to another friend's house. My brother was homeless for a couple of months and eventually lived with my maternal grandparents for a while. This transient lifestyle affected my education and school attendance, leading to dropping out of high school. Ed or myself never completed

high school or earned a GED. Our relationship with our parents was not a healthy one. My relationship with my mom has progressed over the last couple of years.

Ed began experimenting with illegal drugs such as cocaine. One time we were all at a friend's house party and Ed had been in the bathroom for a long time. My friend, Pete and I went to check on Ed. When we opened the bathroom door Ed was hanging from a shower rod. Pete picked up Ed up and saved his life. Ed attempted to commit suicide, and this was not the only instance. He has attempted to commit suicide several times. I believe the root of a lot of the things my brother and I have dealt with, even as adults is because of pornography. It was a monster that tried to ruin our lives and left a negative impression. Thankfully, in 2012, I found God and turned my life around for the best. I began making positive decisions not only for myself but for my family. Ed was also a Jehovah's Witness at one point in his life. He ministered to other men in the congregation. Ed experienced a lot of betrayal in his marriages, which ended in divorce. He has always been a family man. He loves to be around his family, going on fishing trips and engaging in outside activities. He is a fun, goofy brother, husband and father. He is reliable and fun to be around, his children love him. Unfortunately, his older daughters Chloe and Erin have been fed negative things by their mothers and don't want a relationship with Ed. Despite their unwillingness to maintain a relationship, Ed loves them dearly. My wife and I are in process of adopting A▮▮▮ D▮▮▮▮ Ed's younger daughter. We are trying to move closer to her brother, H▮▮▮, so they can continue having a good relationship. Despite the turmoil Ed has experienced, he is a man of resilience. Ed created the family structure and home to his children that he never had. The love, attention and provision he yearned as a child, he now provides to his children. After the divorce from his former wife, the Court granted him full custody of H▮▮▮ and A▮▮▮ He takes pride in being a family man, loving husband and a working citizen of society.

Ed has suffered a great deal of emotional and mental trauma. He has never seen a psychologist or received treatment for our childhood trauma. I hope, Ed, can be provided the chance to receive the proper help and treatment for his undiagnosed mental and emotional issues. I hope and pray Ed will be given leniency so that he could return to his family. Your honor, may you have mercy on my brother and may this letter provide a background on Ed's childhood trauma and unfortunate life events.

Respectfully,

The Honorable Berger
401 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

My name is Cynthia Butler the mother to Edgar J Dawson who will appear before you for sentencing. I call him Edgar, Ed or Eddie.

Ed was a huge baby, almost 12 pounds and 23 inches long. He had forceps marks and bruising for a few weeks. The nurse literally pushed on my stomach with all her weight to push him out while my gynecologist used the forceps. Ed was a happy baby until his father and I had marital issues. The verbal arguing used to send Ed into a quiet corner where he'd suck his middle two fingers with one hand and with the other tap his nose. I hated it; I hated our lives and the arguing. It was mostly over the pornography his father was hooked on; it belittled me and made me feel unattractive. The arguments continued and grew more frequent. Ed's father could not hold a job, I had no car for most of the time and a lot of the times no phone. We were poor and had done without many times over the years. We moved a lot, which was very hard on both boys, especially for Ed. He was diagnosed with a learning disability and it always difficult for him to make new friends and catch up on schoolwork he'd missed during the move. At one point, the counselors at the school got involved and placed him in special ed classes, which my ex-husband did not agree with and repeated over and over "my son is not retarded." The teachers and I finally convinced Ed's father that it wasn't because Ed was retarded but Ed was having learning problems and failing school. Once Ed was placed in the special ed classes, he excelled and did well. I still felt something wrong with him. He would often ask me why don't you stop lying mom and just admit that I am retarded! His father's words had stuck in his head.

Ed's failed marriages have not helped him either, especially after two of his children became alienated from him. His first born turned bisexual and wanted a transgender operation. The second oldest, her mother, left Ed for another woman and raised his other daughter in a homosexual community and lifestyle. Both of his oldest children were taught by their mothers to disrespect Ed for his religious views on homosexuality. During that time Ed was a Jehovah's witnesses and although we do not condone same-sex relationships, we do not look down on the person or hate them; we do not agree on the behavior but we still show love to the person. His older children are very resentful towards Ed and dislike the fact that he had two more children with his third wife, Tracy.

Tracy began drinking and leaving Ed home alone to care for their two children, A███ and H█████. She loved to party and was priority. Ed took care of the

children full-time. He held a job and made sure the children went to school, fed, clothed and bathed. He took them to our Kingdom Hall twice a week for spiritual guidance and support. This was his third failed marriage and hurt him the most, as he really loved his wife. After Tracy moved out, the Court granted full custody to Ed of their two kids. He moved in with his brother and his brother's wife and met his fourth wife Christine. They both were Jehovah's Witnesses and eventually moved in together. In our faith, we believe it is wrong to have pre-marital sex and had to be discontinued until they got married, but both refused and were both disfellowship. They promised one another when they got married, they would come back and be reinstated. They got married and reached out to the elders of the church to work towards reinstatement.

Family members; friends including his former employer and myself are shocked. This is out of character and not the Ed we all know and love. I do not know what happened, but this is definitely abnormal behavior for Ed. He is a loving son, brother, husband and father. He is always looking to plan fun things and create happy memories with his wife, children, and other family members. Ed has always been very close to me. I started noticing personality changes about two years ago. I cannot pinpoint exact dates but out of the blue he texted me and said, "Mom, I need you to move back to Florida, I miss you and need you… The demons are trying to get me." This text was strange and scary for me. I asked why he felt like this, and his response was "I am seeing things and hearing voices."

I asked him if he was on any medications and he told me yes; the Doctor put him on medication for his ███████████████, which symptoms include muscle jerks at night and severe pain. It's a medication taken put Parkinson patients on. I told him that some medications will mess with your mind, like Prozac, and cause some people to want to commit suicide. The medications may not react well with people's body chemicals. I told him about his granddad's medication he was taking for Parkinson's; it was the same medication Ed was taking and how his grandpa had to come off it because he began to experience hallucinations. I suggested he tell the doctor to take him off the meds or change the medication or dosage. I used to receive loving messages and random texts telling me he loved and missed me, even more so when I moved to Tennessee. We have always been close. I noticed that also become less frequent; he seemed to become less connected. After that time, I heard less from him. I didn't text or call figuring his new wife didn't particularly care for me I didn't want to interfere with their marriage and figured they would work it out together.

Ed is the type of man that does not like to worry those he loves, his new wife has anxiety issues, and I believe is one reason he reached out to me. He was

getting scared. Ed is caring and compassionate and has a heart for the less fortunate. This may have come from the way he was raised. He is the first to volunteer to help people, in fact he's bought shoes, clothes, food and dropped them off to random strangers living on the street. He has instilled in his children that love and giving to others is important. His new wife Christine has anxiety issues and is on medications for them I figured the less said the better I knew Ed was being affected by her anxiety because of his own stress and anxiety and I knew he wasn't happy because Christine had contacted my other son Erik and asked for Ed and the children to come stay with Erik and his wife, her and Ed were having some marital issues.

In all fairness to his new wife Christine, she's had to deal with two children that suffered with emotional issues. H____, the oldest, was affected by his mother's disinterest in them differently than it affected A____. A____ had a very hard time dealing with her mother's abandonment. Christine and A____ had quite a few issues getting along and relating to one another. It worried and stressed Ed. I knew little from there on until I got the phone call he was in jail on federal charges. Worse day of my life.  I'm worried for him and his mental state. Although I've heard so many hateful comments to me about him and how he should be killed, buried and forgotten, but he's still my son and I know this is not Ed's normal behavior and never has been.

Your honor, my son is a good man, there is no way this behavior represents who he is. I beg you to please have mercy on him. He needs to receive counseling. I feel appropriate treatment and counseling is beneficial for him instead of being locked up with depression. I know from letters he's been sending that he is remorseful and hurt by those he has hurt. At one point he wrote me a letter expressing what he knew he must do, which to me, he was thinking about ending his life. He is extremely depressed and ashamed over this and the pain it caused his wife, children and other family members. I love my son dearly and do not condone any behavior such as he's been charged. I have a scheduled surgery for my knee replacement on the 5th of April and pre-op on the 1ˢᵗ. My husband suffered a heart attack recently and underwent heart surgery. Unfortunately, we cannot be present for sentencing to show support for Ed. We would be there otherwise. His grandparents want to be there but are very ill and in their 80s. His aunt Barbara is planning on being present. Other family members who want to show support for him are out of the state.

Thank you for your time in reading this and I trust that whatever decision you make will be a wise one.

Thank you,

*Cynthia Butler*

The Honorable Berger
201 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

I am writing this letter because my daddy is in jail for child pornography and he will be coming in front of you for sentencing.

Hi my name is A███ Dawson. I am 11 years old almost 12. I am going into the 5th grade. I love to read, write stories, play outside, catch lizards and draw. I live with my stepmom Christine, stepbrother T██ and my brother H████. I am a Jehovah's Witness and so is my family.

Ed is my dad. I call him daddy. I am going to tell you why I love my daddy and why he is so great. When I was little, I remember him pulling me and H████ around the back yard in a laundry basket. I remember playing chef in the kitchen with him.  We used to take walks and he would teach us about nature. He loved to catch snakes and show them to us. When he works outside, I would be able to ask questions about what he was doing and he would teach me about lizards or bugs I would catch. He teaches us stuff, like how to build. He made us a tree house once. I love to go on walks with him. When he worked at the Zoo, he would show us all the stuff he took pictures of and tell us what they were. Like all the animals and plants. He loves us so much. He helps fix stuff and he helps cook and go shopping. He works a lot to help get money. When one of us are upset he will give us a hug or make a funny joke. He always tells stories and I wonder where he gets them all. I know my daddy will always be here for me.

Even though he is in jail he is an amazing person and I love him that way. He will always be a good daddy.

I feel the charges he is being charged with are bad. I do not think people should do these things. But I know this is not my daddy. I am upset that they keep making me involved in this. I do not have anything to do with this and want them to leave me alone and stop questioning me. My daddy would never do anything to hurt me or anyone. He always protects his family. He loves me and his whole family.

I hope that my daddy gets out and gets to be with all of us again.

Thank you

A██ D████



The Honorable Berger
401 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

My name is H█████ D█████ and I am writing on behalf of my dad Edgar John
Dawson who will appear before you for sentencing.

I am 15-years-old in high school and in the 10th grade. I live with my stepmom,
stepbrother and sister, A████. I made the A and B Honor roll last semester and I
work hard in school. I like to skateboard and ride my scooter. I enjoy going to the
beach. I miss my dad so much.

I see my dad as someone with many talents. If something is broken, he would fix
it. He tried to get the family together if it was emotionally or financially he tried.
He built us a tree house, built rooms, built us skate board ramps and helped set up
an above ground pool for our family. My dad connected his family (him, me and
A████) with his wife's (Christine) family (H████ and T████) and it has gone very
well. T████ did not have a dad who willing to do things with him and teach him
things. T████'s dad is there for him financially, but my dad has been there for T████
emotionally just like he has been for my sister and I. My dad loves our family and
was so happy to have finally met a great wife. I remember when my dad and I went
to Wal-Mart and saw a homeless man my dad gave the homeless man some food to
eat. I could go on and on about all the good stuff my dad has done for us as a
family and for others in need. I love all the fishing trips, wading trips, beach trips
my dad has taken us on. He would sit and have conversations with us about life
and history.

I saw my dad change slowly over time while on medication for his legs. He was so
tired of not being able to sleep and in pain for his legs that he took medication. The
medicine made him angry and distant. He became depressed and had suicidal
thoughts. I remember him sitting on the couch telling me he could see people walk
in and out of the rooms and down the hall. I would be scared to sleep in my room.
It was so real to him. I watched him become addicted to pokeman and my dad does
not play video games; he is more into education and learning. I know he tried to
continue to stay a good dad but just could not seem to be the same dad as I have
always known. I know wit out the medication he will be that great dad again.

D-5

I hope is that you can hear about stories on what a good person my dad is. I understand his charges are serious and I do not think those actions are good. I love my dad with all my heart and would like for him to be given a second chance. I feel like my dad should have a counselor and not take that medicine.

Thank you,



D-6

The Honorable Berger
401 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

My name is A███████ █ V█████████ and I am writing on behalf of Edgar John Dawson, who will appear before you for sentencing.

I am 13 years-old and my birthdate is July 31. I am in the eighth grade and completed a summer class for early high school credits. I love bowling and own three bowling balls; I only use two. I love going to the beach and riding my scooter.  My family and I are Jehovah's Witnesses. My mom is a stay-at-home mom and works for Home Depot as a customer service representative. She works a lot and is the sole provider for our family. She does her job, takes care of us and keeps us happy. She is an amazing mom.

Ed is my stepfather. He came into my life when my mom was having a hard time. He helped us financially and spiritually. He came from the same religious background as my mom and I. He was not alone; he brought my stepbrother, H████ █████ D██████ and stepsister, A████████ D███████. He taught me and H████ a lot when we went on trips. We took guy trips. On one of our first guy trips, Ed climbed a palm tree, and I thought we were lost because I did not know where he was. H████ and I were about to go on a scout mission to try and find him. I hear H████ laugh and I asked, what is funny? He points at his dad who is in a palm tree about 10 feet or higher above the ground. He is always being funny and enjoys making people laugh. Even when I did not know him very well, he treated me like someone he'd known his entire life. He loved me like his own son. He taught me how to weld and helped with a science project on welding. He taught me how to change brakes and work on cars. He always taught how to do guy things. He treated my mom so good and loved so much. He worked hard to take care of his family.  He was happy with an old van and bad AC because he was spiritually happy with our God Jehovah.

Now I will share one of our more present trips. We had another guy trip and H█████, Ed and I went wade fishing in the river. We went to catch fish, and he got easily aggravated. He did not help H██████ or me when we caught a fish or when we got our line knotted or tangled. This is not the Ed I know. Ed has always been patient and loving. That is a comparison of what Ed was like before and after he got put on his medication.

D-6

I know the charges are very serious and I do not condone Ed's actions. I do believe Ed was feeling the side effects of this hard drug, and he would never in a million years do these actions upon free will. I hope this showed you what type of person my stepfather is and how he is a good clean man. I do hope he gets the opportunity to prove who he truly is, an amazing stepfather, father, a hard worker and a family person.

Respectfully yours,



D-7

The Honorable Berger
401 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

My name is Haven Hughes, I am writing on behalf Edgar John
Dawson Jr who will be appear before you for sentencing.

I am Ed's stepdaughter, but I normally introduce myself just as
his daughter. I am 21-years-old, married to Christopher Hughes
and mother of 2 kids. My daughter is 2 ½ years old and her name
is K██████. My stepsons name (Christopher's son) is A████, and
he is 6 ½ years old and going into the first grade. I graduated
from Space Coast Jr/Sr high a year early. I worked at Publix for
a few years, then at a chiropractor's office for 2 years. I am
certified to inspect in military grade circuit boards and have
been doing this for almost a year.

I would like to share about Ed and his role in my life. Having
Ed in my life means the world to me. I look at Ed as my dad,
though he is my stepdad but he is and always will be, my dad. He
came into my life in 2016. At first, I was skeptical of this new
guy my mom was dating. I was afraid of getting hurt or even
seeing my mom get hurt. My mom's ex-husband was in my life since
I was 3-years-old and never adopted me. The problem there was,
financial. He and my mom were married for almost 20 years. I
carried disappointment, doubt, loneliness, sadness and some
anger. Then Ed came into my life and changed those feelings for
me and oh did he! I love to run. Ed worked at the Brevard Zoo
and in February they held these zoo runs. We did 2 together in
2017 and 2018. I loved it. He loved being outside with the
animals and nature. Soon after my mom and Ed got together, they
bought a boat. I grew up fishing with my mom and we love being
on the water. So did Ed. He is fun to be around, teaching us
about the tides, different insects or animals we encounter. I
have never seen my mom happier, which made me happy. My
brother's father treated him the same as me, barely spent
quality time, and thought buying us was love. I witnessed Ed
teach my brother how to do manly things around the house such as
building. His children A████ D█████ and H████ D█████ were happy
and excited about having a stepmom, which was important. I have
horrible anxiety and Ed knew how to help me cope. I remember one
time we were in Walmart and I started having an anxiety attack
and crying; he hugged me and told me how much he loved me. He

loved playing cards with us; I remember when I was pregnant with my daughter, and we played cards almost every night. When I met my husband Chris, his son A███ was 3-years-old and Ed welcomed Chris and A██ as his grandson. He joked with him, loved him, and included him in family activities. My daughter called Ed "POPS" because together with my mom they are "lollypop." Ed is an extraordinary human being, always there when we needed him, just a phone call away.

Around September 2019, something changed in Ed. I saw a side of him that was abnormal, I brought it up to my husband's attention. I started getting frequent phone calls from my mom about this odd behavior from Ed. It even got to the point of potential divorce and possibly losing another man in my life. When we got together, I noticed Ed had an obsession with Pokémon and less of him being involved with the family. I could tell the difference. It was upsetting, but I knew something was wrong he was far from who he truly was. My brother H███ would occasionally spend the night and tell me stories about Ed laying on the couch at night and seeing people walking in the rooms and hallways. I knew something was not right. My mother shared with me Ed told her multiple times things like "demons were eating his brain and everyone would be better off without him." It was just bizarre for Ed to be acting this way.

I do not condone any of these actions. I believe the medications he was taking had serious side-effects. Ed could benefit from counseling and use the help to return to his normal self. These charges are not who Ed is. He is my dad and my children's Pop. We just want him to be back home with us. Thank you.

Respectably,

*Haven Hughes*

Mrs. Barbara Jones Marrero

████████
████████ 32959-1036
████████

The Honorable Judge Berger
401 West Central Boulevard
Orlando, Florida 32801-0120

Re:     Edgar John Dawson, Jr.

Dear Judge Berger,

I am the aunt to Edgar "Eddie" Dawson and am writing on his behalf. He will be appearing before you shortly for sentencing.

I am currently self-employed as a Medicaid iBudget Waiver Service Coordinator contracted with the Agency for Persons with Disabilities. I manage a case load of 45 consumers with varying disabilities. Prior to this I was a Paralegal with a variety of attorneys in Brevard County and in Vineland New Jersey for 35 plus years.

During Eddie's early childhood he moved about Cumberland County, New Jersey, with his brother and parents. He was brought up in a "country-type" environment. He was tall and thin and gawky and always had a broad smile. Eddie did appear anxious as a child (biting his nails, wringing his hands) and became 'fearless' as a young adult (participating in dangerous sports). I moved here to Florida in November 1983 and Eddie and his family followed in July 1984. He expressed at that time anxiety about his new school. He did well in Jr. High but when it came to High School, Eddie's mother, my sister, withdrew him during his Sophomore year as Eddie was having difficulty in school. I paid for the GED program which he attended for a while, but he eventually dropped out. After his parents divorced Eddie was found to be living in the woods and running around with what was called the 'Merritt Island Posse.' I believe, from my understanding, he was also taking steroids as he was weightlifting. He lived with my parents, his grandparents, for several weeks, and then went to live with his friends. He was arrested for burglary along with his brother. I provided an attorney for him with his grandparents providing payment. After this event, Eddie began to mature. He became a father and a husband. My time with him grew less as his family and employment demanded his attention. On the times I have spent with him I observed a loving husband and father. He has a great sense of humor. He loves being with nature. He is particularly good at wood-working and often creates things for and with his children. He recently became a welder. He has always been good at taking things apart and putting them back together. He has a vivid imagination and can spin entertaining stories. Eddie has always worked hard to provide for his family, and I have never heard of him asking for help.

I understand he has plead guilty to the charges and accept this though it is completely not in his character. Eddie is the kind of man who would never tolerate someone hurting his family, so I am shocked. It does not stop me from loving him. The charges are serious. It is obvious that we all missed

something happening with his mental health.   I cannot help but feel there was something catastrophic which occurred which would have made Eddie act in the way he had.  He was on a new medication and it is possible this medication affected his mental state.  This is not an excuse for his behavior, just an observation.  My parents have medications which have affected their personalities so I cannot dismiss the fact that his medication may have played a part in his behavior.  He still knew right from wrong, but medication can apparently inhibit even this knowledge.  Despite this, it is obvious that my nephew will benefit greatly from a psychiatric assessment and counselling.  He has a healthy support system when he is released.  He is loved.

Thank you for your time, Your Honor.

Respectfully,

Barbara Jones Marrero.

Please forgive me and bless my neck + arm - I am right ②   D-9
and bless my neck + arm - I am right
harder

volunteer work was school events
club membership - girl scout - Boy scouts.
Cannot compare Ed to his father. His
mother is very close to the boys-
growing up; Ed was reliable + till about
8-10 months ago and remarried his wife
he has now; Ed was married to a nice
woman + had 2 of the new children.
He was a wonderful father saved dogs
+ played puppets & took them out to eat
and just spent all his time with
them. He taught them alot about
animals from working at the zoo
Then she walked out, left him +
there kids. He will be a great dad
Yes there were many problems
again if he can get help he needs.
He was a very happy baby - he got
alot of attention from all the family
I just do not understand what happened.
he does not do drugs - he was over
our house alot. doing yard work for us.
had good manners. I just pray he gets help.
+ we can see a happy man again. Something
about what he done is very serious. and
cannot I leave it pass. with out what you have to
do.             Thank you so much from the
              Jones family & God Bless

[typed letter from MaryJane Jones-maternal grandmother]


Please forgive my writing as I fell and hurt my neck and arm, I am right handed.

[I do] volunteer work was school events and club membership: girl scout-boy scout.

Cannot compare Ed to his father. His mother is very close to the boys growing up. Ed was reliable and till about 8-10 months ago and remarried his wife he has now. Ed was married to a nice women and had 2 of the children. He was a wonderful father, sewed dolls and played puppets. [He] took them out to eat and just spend all his time with them. He taught them a lot about animals from working at the zoo. Then (ex-wife) walked out left him and the kids. Yes, there were many problems. He will be a great dad if he gets the help he needs. He was a very happy baby and got a lot of attention from all the family.

I just do not understand what happened. He does not do drugs. He was over our house a lot doing yard work for us. [He] has good manners. I just pray he gets help and we can see a happy man again. Thinking about what he has done is very serious and [I] cannot believe it.

Thank you so much from the Jones family and God bless.

The Honorable Berger
401 West Central Boulevard
Orlando, Florida 32801

Dear Judge Berger,

My name is Hercules Griffith. I want to thank you for considering my thoughts and expressions on behalf of Mr. Edgar Dawson who will appear before you for sentencing.

I am a small business owner, state contractor of LP and Natural Gas, operating from Indian River County for several decades. The services I offer are maintenance, service and repair of commercial appliances. Together with my wife of 24 years, we have enjoyed servicing across the State of Florida. I come from a family background of sharecroppers who instilled within hard work and the ability to adapt and courage to not give up when things appear grim. After high school, I attended a technical Auto and Diesel College in Nashville, Tennessee. Using my hands while working in farm life helped put me in line for service and maintenance. I also served as a school bus driver for about 9 years…best job ever! I loved working with children. I serve as an elder in the Palm Bay South Congregation of Jehovah's Witnesses. I have been a member of the organization for over 38 years. Besides serving as an elder, I have served as a full-time minister for 29 years, volunteering an average of 70 hours per month in public ministry. The public ministry allows me to meet hundreds of people and has become a source of unending joy!

Which brings me Mr. Edgar (Ed) Dawson. I met Ed in October 2012 while engaging in the public ministry from door-to-door. Unknown to me it was a clear sign posted above his garage door "No Trespassing!" My focus was on the yard decorations for Halloween celebration. My first thought and words to Ed were a "dad that loves his kids." I not having any children, but always a firm believer that children should have extreme fun within their families. In that first brief encounter, I learned Ed was taught early in life about the teachings and beliefs of Jehovah's Witnesses. Something else we had in common. We planned to continue talking another time. For about 6 months, our schedules did not sync. One evening Ed's mother called me saying "he was having marital problems." To which my wife and I attempted to visit him at his home. Without prying into his affairs, I learned Ed was a man committed to his family and determined to help his wife sort and resolve personal issues. He was a father of discretion, determined to 'shield' his two young children from a negative outlook toward their mother. He remained positive and tried to help his kids maintain the same attitude. Over the months visiting with Ed and his two children, at least once every week in a bible study program, it was plain to see he was indeed the man I pictured when I came upon his yard with Halloween decorations in 2012. His children had fun with their father! Ed was to them a father, a brother, and a big kid himself. One thing that endeared Ed to my wife and I. If my wife and I were to have children, Ed was showing us what we needed and how to implement it. I loved that about him, among other

qualities, because my father almost never played and created fun in 'our' family. To this day, almost 60 years later, I still hold family fun as paramount. It is what I would have hoped for had I fathered offspring. Not only was he a great father but a hard worker, a planner, he could improvise, construct, alter and maintain. The very ideas and qualities with which I take pride in myself. I hope we will always be within me. Over the years, Ed became like a younger brother to my wife and I. Our families would spend time together, reading, studying, and researching but also attending parks, restaurants, parties, fairs, telling stories or simply dreaming. I have a 7 passenger minivan, which Ed and his family had permanent seats. We often took trips to Daytona or West Palm Beach together, eating out, having many memorable and enjoyable times! Ed and I have worked together on the job secularly. Occasionally Ed worked a full day at his employment, the Brevard Zoo, only to assist me late in the evening installing commercial electric dryers at the Brevard Juvenile Detention Center or a double oven in a restaurant, cleaning floors and hauling pipes. He was a faithful 'right hand' of a brother that stayed with me until the job was finished. A man of such great character since the day we met. I miss him in that area of our lives. He was the horticulturist at the Brevard Zoo and in my yard there are several plants propagated by Ed which are daily reminders.

Ed underwent baptism as one of Jehovah's Witnesses in the spring of 2014. Prior to that event and after, Ed has voluntarily served with me in helping many people and neighbors to prepare their homes for hurricanes, repair home projects, generator services and other humanitarian projects. He would accompany my wife and I with his kids in the ministry when he was able. Together we have provided comfort to the elderly, visited ones shut-in, sick in hospitals. What I see in Ed is the ability and desire to help and a strong ethic to fulfill those desires. Ed was a man, a brother I truly felt I could call upon when there was a need and trust that he would see it to its completion. As you know, there is a tremendous amount of up building and encouragement needed for families and individuals. Ed lent himself and his children to bring a smile to a depressed heart. If he had anything to fill a need, he freely gave of himself and resources. I would learn of the latest virus or disease through Ed. If a news story broke, I only had to wait until I visited Ed's home to learn the details. The first time I 'texted' a message was through Ed's coaching. He left a deep void when he relocated. We have many that miss his encouragement and positivity.

I can only repay Ed with my friendship, as his worth and impact on my family is priceless. Beyond this, temporary setback, which surely seems out of character for Ed, I wholehearted feel Ed will return to his "core". I have never seen or witness an evil or meanness in Ed. There were many times and circumstances that Ed could have dealt treacherously or vengeful, justifiably so. With tears in my eyes, he always maintained integrity. Given the circumstances to abuse his authority or to hurt the vulnerable is not at his core! A misstep can befall me at any moment, known that fact, I will not separate from Ed knowing he holds himself to a much higher standard.

D-10

       I understand the gravity of the charges placed upon Ed, they are serious and this is a crime that we do not condemn. Having known Ed for 8 years, sharing principles, and concepts, ideas and dreams, our hope is that this is a onetime misstep. We hope through counseling, training, direction and continued loving help this chapter in Ed's life might be purged from the whole man. He still has the love and respect of his children who need the joy of their playful father. As my deep respect, because I firmly believe in Ed the 'whole man', he will suit up and meet this challenge as he has those of the past. With much appreciation Judge Berger, for your time and considering my thoughts and words.

Respectfully Yours,

_____07/17/2020

Patricia Griffith
P. O. Box 1134
Fellsmere, Florida 32948

July 25, 2020

The Honorable Judge Berger
401 West Central Boulevard
Orlando, Florida 32801-0120

Dear Judge Berger:

My name is Patricia Griffith, and I am writing on behalf of Edgar Dawson, who is appearing before you in August, 2020.

I am 62 years old. My husband, Hercules Griffith, Jr., and I are now married for 24 years. We have no children. I am also retired, although I do assist my husband in his appliance repair business with researching parts, working on quotes and bookkeeping. Prior to being married, I worked mainly as a secretary for different companies, including certified public accountants and a law firm.

I am one of Jehovah's Witnesses and engage in a Bible study ministry work. It was in the ministry work with my husband that I first met Edgar Dawson (this was around October, 2012). Later, I accompanied my husband on his Bible study with Ed and his two children, H⬛⬛ and A⬛⬛. At the time, Ed was having some marital difficulties. For one thing, Ed's wife, at the time (they are now divorced), did not like him studying the Bible with Jehovah's Witnesses and she made his life difficult. In spite of this, in my opinion, Ed was a terrific husband and father. He would come home from working hard, clean the house and cook for the kids. The home always looked clean and presentable for company. Anyone could tell that the kids loved their dad! I would often tell him what a great guy he is. He would say "I try." He did his best to make his family happy by working hard to provide for them and spending time with them doing things they liked to do and taking them places when he could. It was while we were studying the Bible with Ed that he started working at the Brevard Zoo as a helper taking care of the grounds. Shortly thereafter, he was in charge of taking care of the grounds and did a beautiful job! Whenever my sister and I visited the zoo, I would always comment that it looked much more beautiful now that Ed was taking care of it. It was not easy work and Ed had allergies from all the pollen and mowed grass, but he pushed through all of that and kept working.

It has always been a joy for my husband, Hercules and I to be with Ed and his two kids, H⬛⬛ and A⬛⬛ Early on, Ed invited us to dinner at his Mom's house and again at a later time. We have gone to restaurants with Ed and the kids, had them over to our house and one time we got to go to the Indian River County Fair together. What I know about Ed is he is intelligent and fun to be around. He has a nice personality and is passionate about his beliefs. He is a very hard worker, kind, generous and very devoted to his family.

I was saddened to hear about the very serious charges Edgar Dawson is facing. I did find it extremely hard to believe. While I do not condone Ed's behavior, I hope he will get whatever help and counseling he needs. I feel certain Ed does not condone this type of behavior either and, with help from his religion, family and friends, will do his absolute best to get past this completely, so he can get on with his life again.

Respectfully yours,

Patricia Griffith

Patricia Griffith